**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01997-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

TONYA McDANIEL, and
ASHLEY McDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and
MEL TERRAZAS,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TONYA McDANIEL TO CURE DEFICIENCY**

---

        On July 22, 2021, Plaintiffs submitted a Complaint, ECF No.1.   It has come to the attention of the Court that while Plaintiff Ashley McDaniel submitted an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 2, Plaintiff Tonya McDaniel has failed to file a separate Application to Proceed that addresses her financial status.   Plaintiff Tonya McDaniel will be directed to cure the following if she wishes to proceed in this action.   Any papers that Plaintiff Tonya McDaniel files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court without Prepaying Fees or Costs**:

(1)  __X__   is not submitted by Plaintiff Tonya McDaniel (Ms. McDaniel must submit her own Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) when the $402 filing fee is not paid in full.)
(2)  ____   is not on proper form (must use the current Court-approved form)
(3)  ____   is missing original signature by Plaintiff

1

(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not properly certified
(7) _X_ other: In the alternative, Ms. Tonya McDaniel may pay the $400 filing fee.

**Complaint or Petition**:

(8) ___ is not submitted
(9) ___ is not on proper form (must use the Court's current form)
(10) ___ is missing an original signature by the Plaintiff
(11) ___ is incomplete
(12) ___ uses et al. instead of listing all parties in caption
(13) ___ names in caption do not match names in text of Complaint
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition, or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Plaintiff Tonya McDaniel cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Ms. McDaniel files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Tonya McDaniel shall obtain the Court-approved Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiency. It is

FURTHER ORDERED that if Ms. Tonya McDaniel fails to cure the designated deficiency **within thirty days from the date of this Order** she will be dismissed from the action without further notice.

DATED July 26, 2021, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge