IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TONYA McDANIEL, and
ASHLEY McDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and
MEL TERRAZAS,

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Proceeding *pro se,* Plaintiffs Tanya McDaniel and Ashley McDaniel have filed an Original Complaint, ECF No. 1. Each Plaintiff also has filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), ECF Nos. 2 and 5. Plaintiffs will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

    ORDERED that the Applications to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF Nos. 2 and 5, are granted. It is

    FURTHER ORDERED that the Court will review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

    FURTHER ORDERED that process shall not issue at this time. It is

    FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

    DATED August 31, 2021.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge