**THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-1997-GPG

**TONYA MCDANIEL, ASHLY MCDANIEL**

　　　Plaintiff,

v.

**DOMINIUM MANAGEMENT SERVICES, LLC, MEL TERRAZAS**

　　　Defendant

---

**[PROPOSED] ORDER REGARDING MOTION FOR EXENTSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

　　　THIS MATTER comes before the Court on Dominium Management Service, LLC and Mel Terrazas' Motion for Extension of Time to Answer or Otherwise Respond to Complaint.  The Court, having reviewed the Motion, and being fully advised, hereby ORDERS that this Motion is GRANTED.

　　　It is ORDERED that Defendants have up to and including October 11, 2021, to Answer or Otherwise Respond to Plaintiffs' Complaint.

　　　SO ENTERED this _____ of _____, 2021.


　　　　　　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Court Judge