## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-GPG

TONYA McDANIEL, and
ASHLEY McDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and
MEL TERRAZAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The action is pending initial review pursuant to D.C.COLO.LCivR 8.1(a).   Any attempt to initiate service of process on Defendants at this time is premature and is quashed.   No answer by Defendants will be ordered until the initial review is complete, and the Court directs that the action should proceed.   The Motion for Extension of Time to Answer or Otherwise Respond to Complaint, ECF No. 7, therefore, is denied as unnecessary.

Dated:   September 23, 2021