IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-GPG

TONYA McDANIEL, and
ASHLEY McDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and,
MEL TORRAZAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock.   The undersigned will remain as the assigned magistrate judge.

Dated:   December 1, 2021