IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-LTB-GPG

TONYA McDANIEL, and
ASHLEY McDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and,
MEL TORRAZAS,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge, ECF No. 13, entered on December 2, 2021.  The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service.  See 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on December 2, 2021.  No timely objection to the Recommendation has been filed.  Plaintiffs, therefore, are barred from de novo review.  Accordingly, it is

    ORDERED that the Recommendation, ECF No. 13, is accepted and adopted.  It is

    FURTHER ORDERED that that Claims Three and Four are dismissed without prejudice as improperly included in this action.  It is

1

FURTHER ORDERED that Claims One and Two are drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).

DATED at Denver, Colorado, this __23rd__ day of __December__, 2021.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court