# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED that a Telephonic Status Conference is set for **February 17, 2022 at 9:30 a.m.** before Magistrate Judge Nina Y. Wang. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976#.** The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    IT IS FURTHER ORDERED that the parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before **February 3, 2022**.

    A copy of this Minute Order shall be sent to:

| | |
|---|---|
| Tonya McDaniel | Ashley McDaniel |
| 14270 East 104th Avenue | 14270 East 104th Avenue |
| Mailbox #72 | Mailbox #72 |
| Commerce City, CO 80022 | Commerce City, CO 80022 |

DATED: December 23, 2021