IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW

TONYA MCDANIEL, and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and
MEL TERRAZAS,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action is before the court *sua sponte*. This case was initiated on July 22, 2021 by Plaintiffs Tonya McDaniel and Ashley McDaniel. [Doc. 1]. On August 31, 2021, the Honorable Gordon P. Gallagher granted Plaintiffs leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [Doc. 6]. Plaintiffs filed an Amended Complaint on November 12, 2021, see [Doc. 10], which remains the operative complaint in this action. On December 2, 2021, upon initial review of the Amended Complaint, Magistrate Judge Gallagher recommended that Plaintiffs' Claims Three and Four be dismissed without prejudice and that Plaintiffs' Claims One and Two be drawn to a presiding judge. [Doc. 13]. The Honorable Lewis T. Babcock accepted the recommendation on December 23, 2021, *see* [Doc. 14], and the case was randomly reassigned to the undersigned Magistrate Judge pursuant to D. C.COLO.LCivR 40.1(c). *See* [*id.*].

    In their Amended Complaint, Plaintiffs identify the address for both Defendant Dominium Management Services, LLC and Defendant Mel Terrazas as 14350 E. 104th Avenue, Commerce City, Colorado, 80022. *See* [Doc. 10 at 2]. Upon review of the docket, it does not appear that either Defendant has been served. Accordingly, it is **ORDERED** that:

    (1)    The United States Marshals **SHALL SERVE** a copy of the Amended Complaint [Doc. 10] and summons upon both Defendant Dominium Management Services, LLC and Defendant Mel Terrazas at the address provided by Plaintiffs. If appropriate, the Marshals shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). The Marshals shall file a return of

service upon completion of service.  All costs of service shall be advanced by the United States;

(2)   After service of process, Defendants **SHALL RESPOND** to the Amended Complaint [Doc. 10] as required by the Federal Rules of Civil Procedure; and

(3)   A copy of this Minute Order shall be sent to:

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022

and

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022

DATED: January 4, 2022