IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW

TONYA MCDANIEL, and
ASHLEY MCDANIEL,

    Plaintiff,

v.

DOMINIUM MANAGEMENT SERVICES, LLC, and
MEL TERRAZAS,

    Defendants.

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process Dominium Management Services, LLC, and Mel Terrazas: AMENDED COMPLAINT FILED 11/12/2021, ORDER FOR SERVICE FILED 01/04/2022 SUMMONS, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on 6 January 2022.

Tonya McDaniel & Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022

US Marshal Service
Service Clerk
Service forms for: Dominium Management Services, LLC, and Mel Terrazas

Eric Joseph Neeper
Attorney for Dominium Management Services, LLC, and Mel Terrazas
**COURTESY COPY-DELIVERED VIA CM/ECF**

                                                        s/C. Madrid
                                                       *Deputy Clerk*