THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-GPG

**TONYA MCDANIEL, ASHLY MCDANIEL**

　　Plaintiff,

v.

**DOMINIUM MANAGEMENT SERVICES, LLC, MEL TERRAZAS**

　　Defendants.

---

### ENTRY OF APPEARANCE OF DANIEL ADAM JACOBS

---

To the Clerk and all parties of record:

　　I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the above-named Defendants Dominium Management Services, LLC and Mel Terrazas in her individual capacity.

　　Respectfully submitted on January 7, 2022

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　/**s**/ *Daniel A. Jacobs*
　　　　　　　　　　　　　　　　　　　　Eric J. Neeper
　　　　　　　　　　　　　　　　　　　　Daniel A. Jacobs
　　　　　　　　　　　　　　　　　　　　Robinson & Henry, P.C.
　　　　　　　　　　　　　　　　　　　　1805 Shea Center Drive, Suite 180
　　　　　　　　　　　　　　　　　　　　Highlands Ranch, CO  80129
　　　　　　　　　　　　　　　　　　　　Telephone:  (720) 931-2326
　　　　　　　　　　　　　　　　　　　　Email:  daniel.jacobs@robinsonandhenry.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed on January 7, 2022, with the Clerk of Court using the CM/ECF system as well as via email to the following individuals:

Tonya McDaniel & Ashley McDaniel
14270 E 104th Avenue, Mail Box 72
Commerce City, Colorado  80022
mommat2real@gmail.com

/s/Joyce M. Vigil
Joyce M. Vigil | Senior Paralegal