## THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-GPG

**TONYA MCDANIEL, ASHLY MCDANIEL**

 Plaintiff,

v.

**DOMINIUM MANAGEMENT SERVICES, LLC, MEL TERRAZAS**

 Defendants.

---

### ENTRY OF APPEARANCE OF ERIC J. NEEPER

---

To the Clerk and all parties of record:

 I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the above-named Defendants Dominium Management Services, LLC and Mel Terrazas in her individual capacity.

 Respectfully submitted on January 7, 2022.

            *Counsel for Defendants*

            /**s**/*Eric J. Neeper*
            Eric J. Neeper
            Daniel A. Jacobs
            Robinson & Henry, P.C.
            1805 Shea Center Drive, Suite 180
            Highlands Ranch, CO  80129
            Telephone: (720) 931-2326
            Email:  eric@robinsonandhenry.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed on January 7, 2022, with the Clerk of Court using the CM/ECF system as well as via email to the following individuals:

Tonya McDaniel & Ashley McDaniel
14270 E 104th Avenue, Mail Box 72
Commerce City, Colorado  80022
mommat2real@gmail.com

/s/Joyce M. Vigil
Joyce M. Vigil | Senior Paralegal