OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2022

JEFFREY P. COLWELL
CLERK

21-cv-01997-NYW
#18, 19

DENVER CO 802

6 JAN 2022  PM 5 L

neopost
01/05/2022
**US POSTAGE**
FIRST-CLASS MAIL
$00.53
ZIP 80294
041L11245087

Ashley McDaniel & Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City

NIXIE        805   FE 1        0001/24/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250099        *1226-03537-05-42