DocuSign Envelope ID: F405C17E-F861-45A2-801E-F6D467609A4E

**THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-1997-GPG

**TONYA MCDANIEL, ASHLEY MCDANIEL**

 Plaintiff,

v.

**DOMINIUM MANAGEMENT SERVICES, LLC, MEL TERRAZAS**

 Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES**
**MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

 (1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to
   Magistrate Judges);
 or

 (2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a
   Magistrate Judge);
 or

 (3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

☐ all parties in this civil action CONSENT to have a United States
magistrate judge conduct all proceedings in this civil action, including trial, and to order
the entry of a final judgment;

 OR

☑ at least one party in this civil action DOES NOT CONSENT to have a
United States magistrate judge conduct all proceedings in this civil action, including trial,
and to order the entry of a final judgment.

DocuSign Envelope ID: F405C17E-F861-45A2-801E-F6D467609A4E

| Signatures | Party Represented | Date |
|---|---|---|

Ashley McDaniel

Pro-Se Plaintiff

1/28/2022

_____

Tonya McDaniel

Pro-Se Plaintiff

1/28/2022

_____

Eric J. Neeper, Esq.

Dominium Management Services, LLC, and Mel Terrazas, Defendants

1/28/2022

_____