**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01997-RMR-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

     Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

     Defendants.

---

**PROPOSED ORDER**

---

THIS MATTER, having come before the Court upon Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and the Court having fully reviewed said Motion and being fully advised in the premises, does hereby GRANT the Motion.

The Court hereby ORDERS that the Amended Complaint is herewith DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted against the Defendants.

The Court hereby further ORDERS that the following claims within the Amended Complaint are herewith DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6) because such claims are not legally cognizable: (1) claims brought against Defendant Mel Terrazas under Title VI of the Civil Rights Act of 1964 ("Title VI"), 42 U.S.C. § 2000d *et seq.*; (2) discrimination claims under Title VI against Defendants based on protected classes of religion, creed, gender, familial status, and disability; and (3) claims of discrimination under Title VI and

the Fair Housing Act of 1968 ("FHA"), § 3601 *et seq.*, based on protected classes of Section 8 voucher recipient and income status.

    DONE AND SIGNED this _____ day of _____, 2022

BY THE COURT

_____

U.S. DISTRICT COURT JUDGE