IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997-RMR-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

    Defendants.

## RULE 7.1 CORPORATE DISCLOSURE FOR DOMINIUM MANAGEMENT SERVICES, LLC

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Dominium Management Services, LLC, through its undersigned attorneys, represents that it has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated this 4th day of February 2022.

                                                  **ROBINSON & HENRY, P.C.**

                                                s/Daniel A. Jacobs
                                                Daniel A. Jacobs, Esq.
                                                Eric J. Neeper, Esq.
                                                1805 Shea Center Drive
                                                Highlands Ranch, Colorado
                                                Telephone: (303) 688-0944
                                                Facsimile: (303) 470-0620
                                                E-mail: daniel.jacobs@robinsonandhenry.com
                                                eric@robinsonandhenry.com
                                                *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2022, a true and correct copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE FOR DOMINIUM MANAGEMENT SERVICES, LLC** was filed electronically via the CM/ECF system and a copy of the foregoing will be served and mailed, via email and U.S. Mail at the address on currently on file with the Court, postage prepaid, to the *pro se* Plaintiffs, as follows:

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: ashaleyreneemcd@gmail.com

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: mommat2real@gmail.com

                                        **ROBINSON & HENRY, P.C.**

                                        /s/Joyce M. Vigil
                                        Joyce M. Vigil | Senior Paralegal