## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-RMR-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion to Dismiss") [Doc. 30, filed February 4, 2022]. The undersigned considers the Motion to Dismiss pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated February 3, 2022 [Doc. 29], and the Memorandum dated February 7, 2022 [Doc. 32], wherein the presiding judge referred the Motion to Dismiss to the undersigned.

    It is hereby **ORDERED** that Plaintiffs Tonya McDaniel and Ashley McDaniel shall **RESPOND** to the Motion to Dismiss [Doc. 30] on or before **March 9, 2022**.

    It is further **ORDERED** that a copy of this Minute Order shall be sent to:

    Tonya McDaniel
    14270 East 104th Avenue
    Mailbox #72
    Commerce City, CO 80022

    and

    Ashley McDaniel
    14270 East 104th Avenue
    Mailbox #72
    Commerce City, CO 80022

DATED: February 7, 2022