OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2022

JEFFREY P. COLWELL
CLERK

21-cv-1997-NYW
Doc #20

DENVER CO 802
7 JAN 2022 PM 4

neopost
01/07/2022
US POSTAGE
$00.53

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Tonya McDaniel & Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO

80022-206999WD

BC: 80022206999 DU *2020-00210-07-43
UNABLE TO FORWARD/FOR REVIEW