OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2022

JEFFREY P. COLWELL
CLERK

21-CV-1997-NYW
Doc #23

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO

DENVER CO 802
24 JAN 2022 PM 4

neopost
01/24/2022
USPOSTAGE $00.53⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

8002220699 FWD
UNABLE TO FORWARD/FOR REVIEW
RTS02**

BC: 80022206999 DU *2020-09377-24-39
C0001/30/22