**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2022

JEFFREY P. COLWELL
CLERK

21-cv-1997-REB #27

DENVER CO 802
31 JAN 2022 PM 4 L

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72

NIXIE         802 FE 1         0002/12/22
        RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 80294256099         *2020-00365-01-02