IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 21-cv-01997-RMR-NYW | Date: February 17, 2022 |
|---|---|---|
| Courtroom Deputy: | Camden Pommenville | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| TONYA MCDANIEL, <br> ASHLEY MCDANIEL, <br><br> **Plaintiff,** <br><br> v. <br><br> DOMINIUM MANAGEMENT SERVICES, LLC, <br> MEL TERRAZAS, <br><br> **Defendant.** | *pro se* <br><br><br><br><br><br><br> *Daniel Adam Jacobs,* <br> *Eric Joseph Neeper* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 9:36 a.m.

Appearance of counsel.

No appearance by Plaintiffs

The Court will issue an Order to Show Cause. Should the Plaintiffs discharge the Order, another status conference will be set.

Defendants confirm that they have notified the Plaintiffs per The Court's Order [37] and advise The Court that the Plaintiffs did confirm receipt of the information.

Court in Recess: 9:40 a.m.          Hearing concluded.          Total time in Court: 00:04

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.