IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997-RMR-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

    Defendants.

## STATUS REPORT

Defendant Dominium Management Services, LLC and Mel Terrazas, ("Defendants"), by and through undersigned counsel Robinson and Henry, P.C., hereby submit the following Status Report as follows:

1. On February 18, 2022, the Court issued an Order to Show Cause (the "OTSC"). By the OTSC, the Defendants were ordered to notify Plaintiff of the OTSC on or before February 21, 2022, by sending a copy of the OTSC to Plaintiffs at the email addresses provided by Plaintiffs in their Amended Complaint.

2. On February 18, 2022, at 10:08am, undersigned counsel emailed Plaintiffs at the email addresses provided by Plaintiffs in their Amended Complaint attaching a copy of the OTSC. Attached as **Exhibit A** is a copy of that February 18, 2022, email with attachments. Undersigned counsel also on the same day mailed a copy of the OTSC to the Plaintiffs at their only known mailing addresses (14270 East 104th Avenue, Mailbox #72, Commerce City, CO 80022**)** via U.S. Regular mail.

Dated this 21ˢᵗ day of February 2022,

                                                      **ROBINSON & HENRY, P.C.**

                                                      s/Daniel A. Jacobs
                                                      Daniel A. Jacobs, Esq.
                                                      Eric J. Neeper, Esq.
                                                      1805 Shea Center Drive
                                                      Highlands Ranch, Colorado
                                                      Telephone: (303) 688-0944
                                                      Facsimile: (303) 470-0620
                                                      E-mail:  daniel.jacobs@robinsonandhenry.com
                                                                      eric@robinsonandhenry.com
                                                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2022, a true and correct copy of the foregoing **STATUS REPORT** was filed electronically via the CM/ECF system and a copy of the foregoing will be served and mailed, via email and U.S. Mail at the address on currently on file with the Court, postage prepaid, to the *pro se* Plaintiffs, as follows:

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: ashaleyreneemcd@gmail.com

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: mommat2real@gmail.com

**ROBINSON & HENRY, P.C.**

/s/Joyce M. Vigil
Joyce M. Vigil | Senior Paralegal