IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-01997-RMR-NYW

Plaintiff(s), Ashley McDaniel, Tonya McDaniel

v.

Defendant(s). Dominium Management Services, LLC and Mel Terrazas

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I [INSERT NAME] Tonya McDaniel, the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

☒ My address has changed.

Old Address:

Street: 14270 E 104th Ave
City: Commerce City   State: Co   Zip Code: 80022

New Address:

Street: 933 S Monaco Pkwy
City: Denver   State: Co   Zip Code: 80224

☐ **My telephone number has changed.**

Old telephone number:

(_____) N/A

New telephone number:

(_____) N/A

Dated at _Denver_ (city), _CO_ (state), this _7th_ day of _March_, 20_22_.

_____
Signature

Print Name: Ashley M'Daniel

Address: 933 S Monaco Pkwy
80224

Telephone Number: 720-244-1240

Email Address: ashley.reneemcd@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on [INSERT DATE] 3-7-2022,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:


Party Name: Daniel A Jacobs
How Served: US Mail
Party Attorney's Name: Dominium Management, L.L.C & Mei Terrazas
Address: 1805 Shea Center Drive
Highlands Ranch, Colorado
Telephone Number: 303-688-0944
Email Address: daniel.jacobs@robinsonandhenry.com


Party Name: _____
How Served: _____
Party Attorney's Name: _____
Address: _____
_____
Telephone Number: _____
Email Address: _____


(Signature of person completing service)
Print Name: Ashaley McDaniel
Address: 933 Monaco Pkwy
80220
Telephone Number: 720-244-1540
Email Address: ashaley.reneemcd@gmail.com

3