IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997

FILED
U.S DISTRICT COURT
DISTRICT OF COLORADO

2022 MAR -7 PH 5:00

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Plaintiff(s), Ashley McDaniel, Tonya McDaniel

v.

Defendant(s), Dominium LLC & Mel Terrazas

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I [INSERT NAME] Ashley McDaniel, the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

☒ **My address has changed.**

Old Address:

Street: 14276 E 104th Ave
City: Commerce City    State: Co    Zip Code: 80022

New Address:

Street: 933 S Monaco Pkwy
City: Denver    State: Co    Zip Code: 80224

☒ **My telephone number has changed.**

Old telephone number:

(720) 299-1246

New telephone number:

(303) 332-8952

Dated at Denver (city), Co (state), this 7th day of March, 2022.

_Tanya McDaniel_
Signature
Print Name: Tanya McDaniel
Address: 933 S Monaco Pkwy
80224
Telephone Number: 303-332-8952
Email Address: mcmatzracings@msn.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on [INSERT DATE] 3-7-2022 ,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:

Party Name: Daniel A Jacobs
How Served: US Mail
Party Attorney's Name: Dominium Management LLC & Mei Terrazas
Address: 1805 Shea Center Drive
Highlands Ranch, Colorado
Telephone Number: 303-638-0944
Email Address: daniel.jacobs@robinsonandhenry.com

Party Name: _____
How Served: _____
Party Attorney's Name: _____
Address: _____
_____
Telephone Number: _____
Email Address: _____

_____
(Signature of person completing service)
Print Name: Ashley McDaniel
Address: 933 Monaco Pkwy
80224
Telephone Number: 720-244-1540
Email Address: ashley.reneemcd@gmail.com

3