IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997-RMR-NYW

TONYA MCDANIEL

Plaintiff

V.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,
Defendants.

---

## PLAINTIFF'S' MOTION TO SHOW CAUSE

---

At this time I Tonya McDaniel would like to thank the court for granting this motion to show cause in advance. Upon being evicted on 12-8-2021 my life has been in shambles. I have been homeless and unable to obtain permanent housing while I wait for the status of my section 8 voucher to be restored. After waiting a couple of months for the voucher to be reinstated to no avail I have decided to obtain temporary month to month housing until this housing issue is resolved. I will update the court with this new information formally at this time. Also due to this eviction I have been placed at a separate location than my daughter and grandchild. After the missed status conference date I was forced to get a new phone and number after not being able physically to reach Ashley McDaniel during a blizzard during the February 17th hearing.

## CONCLUSION

Wherefore, I request the court at this time grant this show cause motion and allow for plaintiffs to have the opportunity to reschedule the missed status hearing and update the court with the current address obtained on 3-1-2022 and my new personal phone number to be reached personally to ensure no miscommunication arises at a later date. Providing my own alternative means of communication with counsel directly rather than rely on my daughter Ashley McDaniel for correspondence.

Dated this 7th day of March 2022.

Tonya McDaniel
933 S Monaco ParkWay
Denver, Colorado 80224


Telephone: (303)-332-8952

E-mail: mommat2real@gmail.com

_____

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2022, a true and correct copy of the foregoing Plaintiff's Motion to Show Cause was filed and a copy of the foregoing will be served mailed via email U.S. Mail at the address:

ROBINSON & HENRY, P.C.

Daniel A. Jacobs, Esq.
Eric J. Neeper, Esq.
1805 Shea Center Drive
Highlands Ranch, Colorado


_____


_____