IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997-RMR-NYW

ASHLEY MCDANIEL,

Plaintiff,

V.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,
Defendants.

---

## PLAINTIFF'S' MOTION TO SHOW CAUSE

---

At this time Ashley McDaniel would like to thank the court for the opportunity to show cause rather than dismiss this case in its entirety with or without prejudices due to violations. The recent errors of missed pertinent deadlines only arise as a result of outside mitigating factors. The change of address issue comes as a result of an illegal eviction taking place on December 8th, 2021. On that date, the plaintiffs were illegally evicted from the 14270 E 104th Ave address due to retaliation for the filing of this federal case. This active discrimination and retaliation action against the defendants resulted in the following eviction. The defendants did not properly serve the plaintiffs with the Writ of Restitution in order to result in an eviction on the plaintiff's housing record. The writ was claimed to have been served on November 19th, 2021. However, the plaintiffs have hotel parking receipts from November 19th, 2021 to November 21st, 2021 for the birthday of Ashley McDaniel. The resort that was chosen to celebrate had paid parking on the

premises therefore parking receipts were provided as proof no service took place, as well as witness testimony from neighbors that no documentation was posted to the outside door that weekend in our absence. As a result of not being properly served the Writ of Restitution, an eviction was scheduled without forewarning to the plaintiffs. This surprise eviction resulted in the loss of the Section 8 housing prospect that was lined up for the plaintiffs to be rented, the credit of the plaintiffs was ruined with an eviction on the record, and the status of the plaintiff's section 8 voucher was suspended pending further investigation. In short, since December 8th, 2021 the plaintiffs have been for lack of a better word homeless awaiting the pending investigation of HUD to reinstate the section 8 voucher due to the illegal eviction that took place. Upon the eviction from NRC, the plaintiffs have had no means to acquire a lease at a new address without violating reinstatement qualification of the section 8 voucher. With that being said the reinstatement process with HUD is taking longer than expected. The deadline for the change of address was unable to be met in a timely manner due to mitigating circumstances as no physical address was available at that time due to the eviction.

Due to the temporary housing situation as a result of the eviction Ashley McDaniel and her minor child have been separated from Tonya McDaniel living in separate temporary housing provisions. On February the 17th a snowstorm hit that resulted in a "remote learning day" for my minor child. This remote learning day in my error acquired my attention and as a result, I ended up missing the scheduled hearing and missing both the court date itself and the phone calls made by opposing counsel. As well, access to Tonya McDaniel was limited the day of February 17th due to the weather and being housed at separate locations. As of that date, Tonya McDaniel did not have a phone service of her own and would share the same number as Ashley McDaniel.

Since the error of missing these pertinent deadlines, the following remedies have been met to make sure no future mishaps in communication do not occur with the mail or cellular phones. As of 3-1-2022 new temporary housing has been obtained and the official change of address will be submitted with this motion to the clerk. Tonya McDaniel has been provided with a new cellular phone and that number will be updated with the court clerk as well.

Due to the factors of the surprise eviction I the plaintiff was left without any means to file for a change of address being homeless at the time the change of address was requested by the court, furthermore, the inclement weather on the date of the scheduled hearing on February 17th resulted in myself Ashley McDaniel being unable to physically reach Tonya McDaniel as no private cell phone for Tonya McDaniel was obtained at that time and she was being housed at a separate physical location.

## CONCLUSION

Wherefore, I pray the court at this time grants this show cause motion and allow for plaintiffs to have the opportunity to properly prosecute this case pro se. I understand that the court cannot and will not act on the behalf of a pro se litigant and I do not wish for that to be the case and I formally apologize for the inconvenience. At this time I request at the judge's discretion that a new status conference be scheduled to allow for proper court procedure to take place in this case. This sudden eviction has been a terrifying experience and I will not allow it to affect the correspondence of myself, in this case, any further in the future.

Based on the foregoing, plaintiffs' Show Cause Motion should be granted and allow for the civil action to remain open and active. Thank you.

Dated this 7th day of March 2022.

Ashley McDaniel
933 S Monaco ParkWay
Denver, Colorado 80224

Telephone: (720)-244-1240

E-mail: ashaleyreneemcd@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2022, a true and correct copy of the foregoing Plaintiff's Motion to Show Cause was filed and a copy of the foregoing will be served mailed via email U.S. Mail at the address:

ROBINSON & HENRY, P.C.

s/Daniel A. Jacobs
Daniel A. Jacobs, Esq.
Eric J. Neeper, Esq.
1805 Shea Center Drive
Highlands Ranch, Colorado



152   99538 >

CLA/VPA: Please see the attached letter and survey about voluntarily continuing masks in school. https://zfrmz.com/WDE5mRh3HEamjiNYe9H5

CLA/VPA: Consulte la carta adjunta y la encuesta sobre mascaras continuas en la escuela. https://zfrmz.com/7fnFWA96yBzghuvVUsC8

Wed, Feb 16, 6:00 PM

CLA/VPA: Due to weather tomorrow will be a remote learning day. Debido al clima, manana sera un dia de aprendizaje remoto.

Thu, Feb 17, 6:01 AM

CLA/VPA: Due to weather today will be a remote learning day. Debido al clima, hoy sera un dia de aprendizaje remoto.

Sun, Feb 20, 6:00 PM

CLA: There is no school Monday 2/21 in observance of President's Day. No hay clases el lunes 2/21 en conmemoracion del Dia del