**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01997-RMR-NYW

TONYA MCDANIEL and
ASHLEY MCDANIEL,

      Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and
MEL TERRAZAS,

      Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court on two documents titled Plaintiff's[] Motion to Show Cause [Doc. 47; Doc. 48] filed on March 7, 2022, one by Plaintiff Tonya McDaniel and one by Plaintiff Ashley McDaniel. The court construes these documents as Responses to this court's Order to Show Cause dated February 18, 2022. *See* [Doc. 41].

      On February 8, 2022, this court entered a Minute Order to address several pieces of legal mail sent to Plaintiffs that had been returned as undeliverable. *See* [Doc. 37]. In that Minute Order, the court reminded Plaintiffs of their obligation under Local Rule 5.1(c) to keep the court informed of their current contact information and to file a notice of change of address within five days of any such change. *See* [*id.*]; *see also* D.C.COLO.LCivR 5.1(c). The court ordered Plaintiffs to file a notice of change of address prior to a Status Conference set for February 17, 2022, or to otherwise be prepared to inform the court of their current contact information at the status conference. *See* [Doc. 37]. Because it appeared that the court's orders were not reaching Plaintiffs, the court ordered Defendants to notify Plaintiffs of the February 17, 2022 Status Conference and the court's Minute Order via email at the email addresses provided by Plaintiffs in their Complaint. [*Id.*].

      This court convened for the scheduled Telephonic Status Conference on February 17, 2022 at 9:30 a.m. *See* [Doc. 40]. Plaintiffs did not appear at the Status Conference, nor did they contact chambers to advise the court of any emergent reason for their non-attendance. *See* [*id.*]. That same day, the court issued an Order to Show Cause ordering Plaintiffs to show cause, on or before March 7, 2022, why this court should not recommend that this case be dismissed without prejudice for failure to prosecute, comply with court orders, comply with the Local Rules, and appear at the court-ordered Status Conference. [Doc. 41 at 5].

On March 7, 2022, each Plaintiff filed a response to the Order to Show Cause. [Doc. 47; Doc. 48]. Ms. Tonya McDaniel states that she was evicted on December 8, 2021 and has since struggled to obtain permanent housing. [Doc. 47 at 1]. Additionally, she states that she was "forced to get a new phone and number after not being able physically to reach Ashley McDaniel during a blizzard during the February 17th hearing." [*Id.*]. Ms. Ashley McDaniel states that she, too, was evicted on December 8, 2021 from the address listed by Plaintiffs in their Complaint, and has since struggled to find permanent housing. [Doc. 48 at 1]. She further represents that on February 17, 2022, inclement weather resulted in a remote-learning day for her minor child, which caused her to miss the Status Conference and opposing counsel's attempts to contact her. [*Id.* at 2]. Ms. Ashley McDaniel states that as of March 1, 2022, she has secured new temporary housing. [*Id.* at 3]. Plaintiff request that the court set a new Status Conference and permit Plaintiffs to proceed in this case. [Doc. 47 at 2; Doc. 48 at 3]. In addition to responding to the Order to Show Cause, each Plaintiff filed a Notice of Change of Address, informing the court of their current address. *See* [Doc. 45; Doc. 46].

Finding good cause shown, the Order to Show Cause is **DISCHARGED**. <u>Plaintiffs are again reminded of their obligation to comply with court orders and the Local Rules and to appear at all court-ordered hearings. Should Plaintiffs' housing circumstances change in the future, they remain obligated to inform the court of any change in their contact information.</u> In addition, the court advises Plaintiffs of the Federal Pro Se Clinic, which provides free assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If Plaintiffs wish to avail themselves of this service, they may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic. The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294.

In light of this court's discharge of the Order to Show Cause, a Telephonic Status Conference is **SET** for **April 8, 2022 at 10:00 a.m.** before Magistrate Judge Nina Y. Wang. The Parties shall participate using the following dial-in information: **888-363-4749, Access Code: 5738976#**. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Finally, the court notes that Defendants have filed a Motion to Dismiss [Doc. 30], which has been referred to the undersigned for recommendation. [Doc. 32]. On February 7, 2022, this court entered a Minute Order setting Plaintiffs' deadline to respond to the Motion to Dismiss at March 9, 2022. [Doc. 33]. Due to Plaintiffs' circumstances, the court *sua sponte* **ORDERS** that the deadline for Plaintiffs to respond to the Motion to Dismiss is **RE-SET** to **April 8, 2022.** The Clerk of Court is **DIRECTED** to send a copy of the Motion to Dismiss [Doc. 30] to Plaintiffs at their new address.

For the reasons set forth herein, it is **ORDERED** that:

(1)     The Plaintiffs' Motions to Show Cause [Doc. 47; Doc. 48] are **GRANTED**;

(2)     The Order to Show Cause [Doc. 41] is **DISCHARGED**;

(3)  A Telephonic Status Conference is **SET** for **April 8, 2022 at 10:00 a.m.** before Magistrate Judge Nina Y. Wang. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976** to participate at the designated time;

(4)  The Clerk of Court **SHALL SEND** a copy of the Motion to Dismiss [Doc. 30] to Plaintiffs at their new address, listed below;

(5)  Plaintiffs **SHALL RESPOND** to the Motion to Dismiss [Doc. 30] on or before **April 8, 2022**; and

(6)  A copy of this Minute Order shall be sent to the following:

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 80224

and

Ashley McDaniel
933 S. Monaco Parkway
Denver, CO 80224

DATED: March 9, 2022

3