Gmail

Yah Is Real <ashaleyreneemcd@gmail.com>

## Lease Violation/ Formal Complaint

6 messages

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                               Sun, Apr 21, 2019 at 5:31 PM
To: "Lepak, David" <dlepak@dominiuminc.com>, North Range Crossings <north.range.crossings@dominiuminc.com>

Hello I Tonya McDaniel have received information in the mail in regards to the fact that I am in the middle of a current lease violation. If this is in regards to the paperwork needed for my grand daughter or my cats I strongly feel that this is further harassment from your company. I have been in touch with the office in regards to providing a copy of the custody agreement multiple times. I have PTSD and your company is working hard to give me a mental trigger. I am not going to let this happen. I have a meeting on the 22nd with your staff and i am highly concerned that any potential violation was not addressed at our meeting scheduled for tomorrow. Also I was told that this letter was posted to my door and it was not. I had to email and ask for my copy to be sent to me directly. This is another form of your office's way to make sure I am is violation somehow. Your office did not give my family the option to provide a custody agreement until it was asked by my daughter during the cat incident. With that being said the cat incident only took place due to sabotage and or negligence by your office losing paperwork i personally delivered. In regards to the custody paperwork your office assumed that no father was present in the life of my grand daughter and stated that my daughter should provide proof that miyah was in my Tonya Mcdaniel's custody. This is not the case as custody is shared with the father, the office never gave an option for a custody agreement to be put on file due to the fact that it was assumed that my daughter was a stereotypical black single mother. Also I have no copy of any formal lease violation from your company other than this cat situation that I am going to contest. Just so it is clear and on record I am formally contesting any and all lease violations currently on record and would like to formally dispute any and all current lease violations on file. These tactics of bullying, harassment, and intimidation will not be tolerated by any means. Your company has lost important paperwork, lost contact in time sensitive situation, sabotaged applications processes, and shown blatant acts of racism, discrimination and prejudice. If this situation affects my file or my voucher in anyway this will be added to the list of causes of actions we will already be brining in a lawsuit. i have given your company multiple chances to act as though you were not racist but at every turn you prove yourself otherwise. If you can email me the address of your company headquarters and who can officially accept service on the behalf of the Dominium brand. Also if you can email me who ever your boss is and or your supervisor that would be great. Please escalate this formal complaint to whomever it needs to go to. I can be contacted at 720-244-1240 anytime. Thank You.

---

**Lepak, David** <dlepak@dominiuminc.com>                               Mon, Apr 22, 2019 at 7:56 AM
To: Yah Is Real <ashaleyreneemcd@gmail.com>, North Range Crossings <north.range.crossings@dominiuminc.com>
Cc: "Villiard, Laural" <laural.villiard@dominiuminc.com>

Hello Tonya,


I'm sorry to hear you're still frustrated with our staff. I assure you, we are following all Fair Housing rules when communicating with you and all residents at North Range Crossings. That said, if you'd like to contact the corporate office the address is:


2905 Northwest Boulevard Suite 150

Plymouth, MN 55441

I will forward your email to my supervisor for her review and response.

Please note, everything you are disputing is clearly outlined as a lease violation in the documentation that has been previously provided to you. The lease determines the rules of the community, and those rules are enforced across the board to every resident living in the community. Your household is not the only one that has received notice of lease violations.

In your specific case, the cats were not approved as companion animals in writing per Dominium policy and Ashley is currently an unauthorized occupant due to the fact that her application to be a live in aide has not been approved. The only assumption that was made regarding custody of Ashley's daughter is that she has a daughter that we assumed might be living with her on at least a part time basis. The LIHTC program does not allow and aide to have children living with them. If Ashely has even partial custody, as you mention below, her application for live in aide cannot be approved. Instead, she and (and her daughter if she has more than 50% custody) would need to apply to be added to the lease, in which case her income is counted towards qualifying. If you'd like to pursue that route, just let us know and we'll start that process.

I will be at North Range Crossings later this week. If you'd like to meet so we can get everything in order, we can definitely set up a time Wednesday morning. Let me know if 9am works for you.

Have a great day!

Thanks

David

David Lepak
Area Manager
Property Management
Dominium
2905 Northwest Blvd Suite 150
Plymouth, MN 55441
Phone 763-452-3130
dominiumapartments.com

 

Gmail - Lease Violation/ Formal Complaint                                                                7/2/21, 4:04 PM

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                               Fri, May 10, 2019 at 2:25 PM
To: "Lepak, David" <dlepak@dominiuminc.com>

---------- Forwarded message ----------
From: **Yah Is Real** <ashaleyreneemcd@gmail.com>

---

**Lepak, David** <dlepak@dominiuminc.com>                                 Fri, May 10, 2019 at 3:37 PM
To: Yah Is Real <ashaleyreneemcd@gmail.com>
Cc: "Villiard, Laural" <laural.villiard@dominiuminc.com>, North Range Crossings
<north.range.crossings@dominiuminc.com>

Hello Ashley and Tonya,


This is the last correspondence I can find regarding the pet fee. I assumed that providing the corporate office address and reiterating why the violation would stand would be sufficient. To my knowledge, today is the first day since this email that I've heard you're not willing to pay the fee.


As we discussed, it is our policy not to accept less than the full amount due. If you would like to enter into a payment agreement or any or all of the current balance due, we'd be more than happy to make written arrangements with you.


I'll be available on Monday if you would like to discuss further.


Thanks

David


David Lepak
Vice Manager

Property Management
Dominium
2905 Northwest Blvd Suite 150
Plymouth, MN 55441
Phone 763-452-3130

Gmail - Lease Violation/ Formal Complaint                                                    7/2/21, 4:04 PM

dominiumapartments.com

 

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                              Fri, May 17, 2019 at 6:29 PM
To: "Lepak, David" <dlepak@dominiuminc.com>

Hello David, I still have yet to hear anything back in regards to you sending this situation to your supervisor. This issue is time sensitive and has been put off long enough. To reiterate once again Tonya McDaniel is disputing any and all lease violations in accordance with her animals and her rent being unpaid due to invalid attached fines. No one from your office other than yourself has been in touch in regards to this matter. Due to your email this issue should have been given to a supervisor weeks ago. I am not sure of the professionalism that your company partakes in however this is really poor customer service. I have asked for a formal dispute department to handle issues of compliance to no avail. Please reach out as soon as possible with this information as it is disconcerting that no one has been in touch with me thus far. A formal complaint of discrimination is being made to the Department of Housing and Urban Development. The address that you have provided to your headquarters is insufficient due to the fact this was never escalated to your supervisor. Please reach out as soon as possible thank you.

---

**Lepak, David** <dlepak@dominiuminc.com>                              Sat, May 18, 2019 at 6:59 AM
To: Yah Is Real <ashaleyreneemcd@gmail.com>
Cc: "Villiard, Laural" <laural.villiard@dominiuminc.com>

Hi Ashley,


I have conveyed your request to my supervisor as originally requested. I will send it again. If you are not receiving a response, please feel free to reach out the corporate office at 763-354-5500.


We do not have a "dispute department." All issues are first reviewed by the Community Manager, then the Area/Regional Manager. My supervisor has been apprised of all correspondence.

 

**From:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Sent:** Sunday, April 21, 2019 6:31 PM
**To:** Lepak, David <dlepak@Dominiuminc.com>; North Range Crossings <north.range.crossings@ Dominiuminc.com>
**Subject:** [EXTERNAL] Lease Violation/ Formal Complaint

---

Gmail – Posted Notice Clarification                                                                                           7/2/21, 4:05 PM

 Gmail                                                    Yah Is Real <ashaleyreneemcd@gmail.com>

## Posted Notice Clarification

1 message

**North Range Crossings** <north.range.crossings@dominiuminc.com>          Wed, May 29, 2019 at 12:25 PM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Dear Resident(s),

This email is in regards to the notices that were posted at your door yesterday.

The notices were for scheduled inspection days for third party entities. These entities are our syndicator Alliant, and CHFA (Colorado Housing Finance Authority).

We are a property under a federal/state regulated program and are not in control of these two inspections. Thursday is the syndicator, and Monday is the state agency. Both entities govern our adherence to compliance in the program. We understand any frustration you may have but we are unable to negotiate that these inspections not take place. There is a chance your apartment may not be selected. The agencies will randomly select units on the day of their scheduled inspections. We have to notify the entire property of the inspections as it is a random selection of units.

If your unit is one of the selections for inspection, there will be a notice left on your door to inform you that your unit was entered. If there is no notice left on your door on at the end of either inspection day, your unit was not entered.

As long as we pass inspections, the agencies are only required to come every 3 years.

We hope this email answered any questions you may have. Please contact us if you would like any additional clarification.

Regards,

NRC Management

North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com

 **North Range CROSSINGS** APARTMENTS

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

https://mail.google.com/mail/u/9?ik=7117014ee3&view=pt&search=…read-f%3A1634891848516699003&simpl=msg-f%3A1634891848516699003          Page 1 of 2

 Gmail

Yah Is Real <ashaleyreneemcd@gmail.com>

## Passover guest!
1 message

**Yah Is Real** <ashaleyreneemcd@gmail.com>                              Fri, Apr 10, 2020 at 6:46 PM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Hello there, my family is currently holding the Passover and invited a guest. Being that four glasses of wine are consumed during the dinner she thought it would be good idea to bring her small puppy as she may not be able to make the drive home to Denver later in the evening. I am not sure if the guest animal will count under our animal agreement. I already called the emergency line to report the animal and I wanted to fallow up with the office keeping you in the loop on what is going on before any miscommunication happened. The guest is only staying one night with the animal, however I know it is the weekend! Sorry for the inconvenience! Thank you!

 Gmail

Yah Is Real <ashaleyreneemcd@gmail.com>

## Submitting your notice/Move out procedures

1 message

**North Range Crossings** <north.range.crossings@dominiuminc.com>
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>

Tue, May 26, 2020 at 5:06 PM

Hello,

Please see all attached applicable forms in relation to terminating your lease.

If you are planning on vacating your unit you must turn in your notice to vacate on or before May 31st, 2020 at 11:59pm. If you fail to turn this documentation in on time you will need to pay an improper notice fee of 2x the monthly rent to terminate your lease. Please use the attached form. If you have any questions on how to complete it properly please contact the office allowing enough time for completion and submission of the document.

Please note that once your notice has been submitted you cannot cancel the notice to remain in the unit if someone has reserved it with an application.

I have also included move-out checklists which include the fees associated with any damages to the unit. We will complete a move-out inspection on the day you are turning in your keys to us. The process must occur on or before July 31st, 2020 at 11:59pm. We will take photo documentation of any damage and collect all keys issued at the time of move in. If you are not present during this inspection you will be unable to dispute any charges made in regard to the unit turn.

Please also note that you will have 15 days from the issuance of your move out statement to pay any debts that may be owed to the property at that time. We cannot create a payment plan for On the 15th day all remaining debts are submitted to collections and will reflect on your rental record.

If you have any questions or concerns regarding this information. We will be happy to help you when we return to the office at 9am tomorrow morning.

Regards,

Gmail - Submitting your notice/Move out procedures

7/2/21, 6:24 PM

North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com

...

*As an essential service provider, we're* **All IN** *to combat COVID-19*



---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**3 attachments**

 **notice-to-vacate.doc**
50K

 **move-out_instructions.doc**
57K

📄 **move out-price-list-112016.pdf**
33K

Gmail - Rent dispute information                                                                  7/2/21, 6:26 PM

 Gmail                                    Yah Is Real <ashaleyreneemcd@gmail.com>

## Rent dispute information

6 messages

**Yah Is Real** <ashaleyreneemcd@gmail.com>                       Wed, Aug 26, 2020 at 11:05 AM
To: Joshua Whitney <jwhitney@coloradocoalition.org>

Hello, attached are the ledger and new charges of back rent that are now posted to my mothers account do to them not being reported to us or property management at all. We are going to need for this balance to be rectified by your office or the department of housing HUD.  I will give you a call to check in on the official escalation into the dispute process. Thank you.

 **Rent Dispute .pdf**
1808K

**Joshua Whitney** <jwhitney@coloradocoalition.org>                 Fri, Aug 28, 2020 at 2:39 PM
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Hi Ashley,

Thank you for sending this over to me.

I have a meeting scheduled with my supervisor on Monday where we will review the ledger and try to figure out how to proceed.

Thank you,

*Joshua Whitney*

Housing Specialist

Housing Assistance Department

2135 Stout St Unit A| Denver, CO 80205

Colorado Coalition for the Homeless

O:303-312-9970| F:303-297-4199

JWhitney@coloradocoalition.org

Looking to fill an available unit? Please fill out this Link

**Program Participants:** please submit your housing documents to: documents_ cchhousingassistance@coloradocoalition.org

CONFIDENTIALITY NOTICE: This message is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you have received this transmission

7/2/21, 6:26 PM

in error, you are hereby notified that any disclosure, copying, distribution, or use of this information is prohibited, and ask that you contact the sender and destroy the original message and all copies.

**From:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Sent:** Wednesday, August 26, 2020 11:05 AM
**To:** Joshua Whitney <jwhitney@coloradocoalition.org>
**Subject:** Rent dispute information

---

Joshua Whitney <jwhitney@coloradocoalition.org>                    Thu, Sep 3, 2020 at 10:36 AM
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Hi Ashley,

The action to correct your household's income information has been approved. I'm attaching a rent letter with you updated portion to this email.

In regard to your current balance, my supervisor is reviewing your file and should reach a decision shortly. I will update you as soon as I know more.

Thank you,

*Joshua Whitney*

Housing Specialist

Housing Assistance Department

2135 Stout St Unit A| Denver, CO 80205

Colorado Coalition for the Homeless

O:303-312-9970| F:303-297-4199

JWhitney@coloradocoalition.org

Looking to fill an available unit? Please fill out this Link

**Program Participants:** please submit your housing documents to: documents_
cchhousingassistance@coloradocoalition.org

CONFIDENTIALITY NOTICE: This message is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution, or use of this information is prohibited, and ask that you contact the sender and destroy the original message and all copies.

---

**From:** Joshua Whitney <jwhitney@coloradocoalition.org>

Gmail - Rent dispute information                                                    7/2/21, 6:26 PM

**Sent:** Friday, August 28, 2020 2:39 PM
**To:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Subject:** Re: Rent dispute information

 **HIPSScan_2018_06_14_18_09_39_357.pdf**
24K

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                     Thu, Sep 3, 2020 at 11:46 AM
To: Joshua Whitney <jwhitney@coloradocoalition.org>

Awesome thank you so much. So with that being said that balance is still connected to my current account at my property management. The only way for me to pay rent is to partake in a payment arrangement. Should I do that and begin to pay down the balance while this is still being disputed? And If I am owed by the property management in the end they should be able to render me the balance once this is figured out? Just checking to see the best possible route.

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                     Thu, Sep 3, 2020 at 11:59 AM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Hello, just wanted to forward this message with the new rental agreement update. Also I was updated in regards to the unpaid balance disputes currently in process. So with that being said can you correct the ledger with the new updated balances including the garage fee and washer and dryer? And can you please call me and follow up with a payment plan for the disputed rent costs as well. So basically is there any way for the online portal to open up for the balance of the adjusted rent in full and do a payment plan only for the unpaid balance separately while that is under investigation? I will come to the office to check in later on today. Thank you so much!

 **HIPSScan_2018_06_14_18_09_39_357.pdf**
24K

---

**Joshua Whitney** <jwhitney@coloradocoalition.org>             Fri, Sep 4, 2020 at 11:48 AM
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Hi Ashley,

Yeah, I would say go ahead and enter into a repayment agreement for the time being.

If your property management ends up owing you money, then I would assume that they would apply whatever amount they owe to your account as a credit.

Thank you,
*Joshua Whitney*

Housing Specialist

Housing Assistance Department

2135 Stout St Unit A| Denver, CO 80205

Colorado Coalition for the Homeless

O:303-312-9970| F:303-297-4199

JWhitney@coloradocoalition.org

Looking to fill an available unit? Please fill out this Link

**Program Participants:** please submit your housing documents to: documents_
cchhousingassistance@coloradocoalition.org

CONFIDENTIALITY NOTICE: This message is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution, or use of this information is prohibited, and ask that you contact the sender and destroy the original message and all copies.

**From:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Sent:** Thursday, September 3, 2020 11:46 AM
**To:** Joshua Whitney <jwhitney@coloradocoalition.org>
**Subject:** Re: Rent dispute information

Gmail – Back Rent Issue                                                                                                    7/2/21, 6:29 PM

 Gmail                                               Yah Is Real <ashaleyreneemcd@gmail.com>

## Back Rent Issue
2 messages

**Yah Is Real** <ashaleyreneemcd@gmail.com>                                    Tue, Sep 8, 2020 at 10:58 AM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Hello, if you could please forward this email to upper property management that would be greatly appreciated. This email is to reiterate our conversation in the office on Friday. Again my mother will not accept any liability for the negligence in the actions of staff members not keeping records properly, or any clerical errors. There is only one rent increase allowed per year by law and you have adjusted back rent to my account for almost two years 3 times with your company fraudulently resulting in a rent increase every month for those two years. I have not been given proper notice of this issue by Dominion staff and the proper chain of command was not established by your company. This lack of communication amongst organizations is not my issue. I understand that human error occurs however my mother will not be punished or threatened with an eviction action during a pandemic due to your office's negligence. If Tonya's ledger is not corrected or if an eviction action is brought by Dominion against our household I will file suit for retaliation stemming from the first discrimination complaint against your office staff members personally (Mel, Tony, Laurell) and Dominium civilly in federal court. Your office has been responsible for multiple forms of harassment and intimidation against Tonya and due to this added stress you have exacerbated her existing disability. The rights of Tonya have been violated by your company several times and the threats of eviction will not be taken lightly. The balance that is owed to your company is between your office and the department of housing. Again I will be filing a formal complaint with the department of housing regarding this issue. The only reason for your office to bring an eviction action is out of retaliation. However, this to me seems like a tactic and plan that has been in progress in place by your office for the total of the two-years resulting in an accumulated bill of back rent. It is convenient that when I begin the moving out process all of these unaccounted money surfaces. At this point, my household will sue for breach of contract, harassment, intimidation, discrimination, humiliation, negligent infliction of emotional distress in the District Court. And Tonya will sue in federal court for violation of the Fair Housing Act and the Disability Act. I am sure that the office staff members in upper management can postpone any eviction filings until this issue is settled. I'm not sure how a 2-year long issue is supposed to be solved asap. But I'm sure you understand that investigating these types of issues do take time. My mother Tonya will not enter into a rent agreement accepting any financial legally binding responsibility to any scheduled payments. The lease clearly states that you cannot pay over or under your rent amount. I find it very disconcerting that not one single staff member caught this issue until move out was requested. I find it very disconcerting that knowing my family's tumultuous history with Dominium that Tony or any other staff member made a point to audit my account or file. To go and add to years of back charges and threaten illegal eviction is a violation of my mother's civil rights Section **504** which prohibits discrimination based on **disability** in programs or activities that receive Federal financial assistance from the U.S. Department of Education. Title II prohibits discrimination on the basis of **disability** by state and local governments. Please email any updates in regards to this issue to this email. Feel free to pass on my email address to any upper management. Thank you.

**North Range Crossings** <north.range.crossings@dominiuminc.com>                   Tue, Sep 8, 2020 at 12:12 PM
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Hello,

This email has been forwarded to a regional manager for review. In addition, please be advised that our mandatory late rent notices are being delivered to all residents today as a formal notification of current outstanding balances. If you have any questions or concerns regarding these notices please

contact our office.


Regards,



North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | 

*As an essential service provider,  we're  All IN  to combat COVID-19*



North Range
CROSSINGS
APARTMENTS

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

 Gmail

Yah is Real <ashaleyreneemcd@gmail.com>

## Property Wide Noise Notice
1 message

**North Range Crossings** <north.range.crossings@dominiuminc.com>            Thu, Dec 3, 2020 at 3:26 PM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Dear North Range Crossings,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from multiple apartments is disturbing others which is a violation of our lease agreement.

*A number of complaints have been made to our office regarding noise levels of tenants causing disturbances to other households. These noises include but are not limited to—loud disputes, jumping, stomping and screaming, excessive tv/music volumes, slamming doors, etc.*

We are aware that most of our minor residents are home from school again and as holidays approach there is an increase in commotion within households. Please remember to be courteous of your neighbors and their enjoyment of their homes. Some residents have adjusted to remote work and are operating out of their apartments during COVID. We would like everyone to be considerate of the adjustments we have all had to make in lite of the pandemic.

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you. If you are currently experiencing issues with a neighbor we strongly encourage you to have a civil conversation to remedy the problem, while maintaining social distancing practices. If you feel that the situation has escalated beyond your ability to resolve it independently you may reach out to us to schedule a meeting with all parties present. Otherwise, noise complaints between the hours of 10pm and 8am should be directed to the police non-emergency line (303) 288-1535 for immediate attention. Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live. This is a property wide notice to remind everyone of our policies. We know that some of you are already acting according to policy and appreciate your continued efforts.

If you have any questions concerning this letter, please contact me at **north.range.crossings@ dominiuminc.com or 720-259-8076.**

Sincerely,



Mel Terrazas

Assistant Community Manager

**North Range Crossings**


*Cc: Resident File*




North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | **f**
                                      ...
*As an essential service provider, we're* A‖‖ **IN** *to combat COVID-19*



---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

 Gmail                                                    Yah Is Real <ashaleyreneemcd@gmail.com>

## Noise Complaint

4 messages

**North Range Crossings** <north.range.crossings@dominiuminc.com>              Wed, Sep 9, 2020 at 2:57 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>

Dear Tonya and all other occupants,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from your apartment is disturbing others which is a violation of your lease agreement.

*Yesterday (9/8/2020) and today (9/9/2020) we have received resident complaints regarding the noise levels coming from your unit. It has been reported that there is loud stomping and excessive television volume which can be heard throughout the day and into the late evenings. Your lease and resident handbook acknowledge this as a lease violation in regard to the peaceful enjoyment of your neighbors homes.*

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you.  Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live.

If you have any questions concerning this letter, please contact me at **northrangecrossings@dominiuminc.com or (720)-259-8076.**

Sincerely,

_____

**Mel Terrazas**

**Assistant Manager**

**North Range Crossings**

Gmail - Noise Complaint                                                                                          7/2/21, 6:48 PM

 Gmail                                                      Yah Is Real <ashaleyreneemcd@gmail.com>

---

## Noise Complaint
4 messages

---

**North Range Crossings** <north.range.crossings@dominiuminc.com>                 Wed, Sep 9, 2020 at 2:57 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>

Dear Tonya and all other occupants,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from your apartment is disturbing others which is a violation of your lease agreement.

*Yesterday (9/8/2020) and today (9/9/2020) we have received resident complaints regarding the noise levels coming from your unit. It has been reported that there is loud stomping and excessive television volume which can be heard throughout the day and into the late evenings. Your lease and resident handbook acknowledge this as a lease violation in regard to the peaceful enjoyment of your neighbors homes.*

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you.  Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live.

If you have any questions concerning this letter, please contact me at **northrangecrossings@dominiuminc.com or (720)-259-8076.**

Sincerely,

_____

**Mel Terrazas**

**Assistant Manager**

**North Range Crossings**

---

Gmail – Noise Complaint                                                                                    7/2/21, 6:48 PM

*Cc: Resident File*


North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | 

*As an essential service provider,  we're* All IN  *to combat COVID-19*



**North Range**
**C R O S S I N G S**
A P A R T M E N T S

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                         Thu, Sep 10, 2020 at 3:22 AM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Thank you for this email, but we have heard this noise as well more than once coming from the new bottom floor family where there are multiple children one teenaged and a man and wife couple who could be having domestic violence issues. The doors were being slammed loudly, there was loud repetitive banging on the outside door for a length of time, adults were yelling and children were crying. Also we hear repeated banging from the unit above us as she makes beautiful furniture for a hobby and the new tenants may not know that. These domestic violence incidents were not reported from us because it is none of our business and a part of life especially with the pandemic going on. As long as we have lived here this has never been an issue with my unit or family. Please investigate this issue further for the safety of the new family since now the violence has been officially reported. We would also like to make official incident reports as to what we heard as well on the dates in question. However due to your rush to judgement we will be adding this to our lawsuit for continued harassment from your office. Please do not come at my unit with false allegations ever again. Please have proof of any and all accused violations that you are attempting to advance against my household. We heard the same loud noises that other residents may have reported. It would have been nice if you properly investigated these noises instead of jumping to false conclusions. There needs to be a full investigation into this situation to be handled and investigated properly. However, this event too will be added to the discrimination, retaialtion, and harrasment that my family has insused from your company and staff. Someone from your staff should follow up with any and all tenants as we are connected and can be confused. Instead you have falsely accused me and my family instead of actually doing your job. Again it is funny that these "lease violations" come exactly 2 days after we have already threatened to file a lawsuit against your company, and stated we are in the process of moving. Again it looks suspicious that no mention of these reports or violations were made known to Ashley McDaniel in person when she was in your office several times that day to send and receive a fax. Tony later sent a follow up email to Ashley again with no mention at all whatsoever of any violation allegations at all. Please have reports ready as well as witnesses ready to proceed with these false allegations. I am going to formally contest this violation with upper management until further court action. Please forward this to upper management. I am officially disputing this accused lease violation as another form of retaliation from your company. And at this time I would like to begin the official complaint process against the actions of Mel Terrazas specifically. I am beginning to believe that we are being specifically targeted by Mel as she was in the office that morning of the 9th and she did not say hello or even acknowledge my presence with a professional greeting, Mel then proceeded to give me the wrong return fax number for what were important documents. Mel has been trying to get a reaction out of my family since her plan to give 2 lease violations for two rescued dogs did not work.The abuse from Mel dates back further along with attempted abuse from Laurell trying to serve 2 false lease pet violation allegations as well. Because of Mels

harassment about two rescued animals I was forced to pay out of pocket for a reasonable accommodation to wait for their owners instead of being given time to locate the owners and wait for my scheduled physician appointment. Mel along with Dominum did not receive the satisfaction to serve those 2 lease violations for the pets and is attacking my families file. This new allegiation looks like an attempt from Mel to further garnish a lease violation somehow for my household. I am also going to further allege in a lawsuit that Mel is the reason the books are being cooked and my ledger is showing a negative balance. These errors can only happen from inside of the office and they are recurring at a rapid rate and this issue must stop. My family is being harassed at no fault of my own. Again forward this to upper management. And Mel please do not contact me personally in regards to this issue again only upper management please. If deemed necessary restraining orders will be filed against vicious, malicious, and harmful intentions garnished by the employees and representatives of the Dominum brand. Please send me confirmation of this email receipt being sent to the corporate office. Also can you reply back with the email to your corporate office to file an official complaint for this issue. Thank you.

---

**Bribiesca, Tony** <anthony.bribiesca@dominiuminc.com>
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Thu, Sep 10, 2020 at 8:53 AM

Hello,

This email has been received this morning and forwarded to upper management. In response, my Regional manager asked for us to give you her contact info:

Jill Korkki

Regional Manager

763-452-3112

jill.korkki@Dominiuminc.com

Lastly, we did receive that fax back but it came back fairly blurry. I did not know if you wanted to contact them to have them resend or email.

Regards,

Tony Bribiesca, HCCP

Gmail – Noise Complaint                                                              7/2/21, 6:48 PM

Chairman Vincent
North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | ◼️◼️

... 

*As an essential service provider, we're* All **IN** *to combat COVID-19*



**North Range CROSSINGS** APARTMENTS

**From:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Sent:** Thursday, September 10, 2020 3:23 AM
**To:** North Range Crossings <north.range.crossings@Dominiuminc.com>
**Subject:** [EXTERNAL] Re: Noise Complaint

Thank you for this email, but we have heard this noise as well more than once coming from the new bottom floor family where there are multiple children one teenaged and a man and wife couple who could be having domestic violence issues. The doors were being slammed loudly, there was loud repetitive banging on the outside door for a length of time, adults were yelling and children were crying. Also we hear repeated banging from the unit above us as she makes beautiful furniture for a hobby and the new tenants may not know that. These domestic violence incidents were not reported from us because it is none of our business and a part of life especially with the pandemic going on. As long as we have lived here this has never been an issue with my unit or family. Please investigate this issue further for the safety of the new family since now the violence has been officially reported. We would also like to make official incident reports as to what we heard as well on the dates in question. However due to your rush to judgement we will be adding this to our lawsuit for continued harassment from your office. Please do not come at my unit with false allegations ever again. Please have proof of any and all accused violations that you are attempting to advance against my household. We heard the same loud noises that other residents may have reported. It would have been nice if you properly investigated these noises instead of jumping to false conclusions. There needs to be a full investigation into this situation to be handled and investigated properly. However, this event too will be added to the discrimination, retaialtion, and harrasment that my family has insused from your company and staff. Someone from your staff should follow up with any and all tenants as we are connected and can be confused. Instead you have falsely accused me and my family instead of actually doing your job. Again it is funny that these "lease violations" come exactly 2 days after we have already threatened to file a lawsuit against your company, and stated we are in the process of moving. Again it looks suspicious that no mention of these reports or violations were made known to Ashley McDaniel in person when she was in your office several times that day to send and receive a fax. Tony later sent a follow up email to Ashley again with no mention at all whatsoever of any violation allegations at all. Please have reports ready as well as witnesses ready to proceed with these false allegations. I am going to formally contest this violation with upper management until further court action. Please forward this to upper management. I am officially disputing this accused lease violation as another form of retaliation from your company. And at this time I would like to begin the official complaint process against the actions of Mel Terrazas specifically. I am beginning to believe that we are being specifically targeted by Mel as she was in the office that morning of the 9th and she did not say hello or even acknowledge my presence with a professional greeting, Mel then proceeded to give me the wrong return fax number for what were important documents. This new allegation looks like an attempt from Mel to further garnish a lease violation somehow for my household. I am also going to further allege in a lawsuit that Mel is the reason the books are being cooked and my ledger is showing a negative balance. These errors can only happen from inside of the office and they are recurring at a rapid rate and this issue must stop. My family is being harassed at no fault of my own. Again forward this to upper

management. And Mel please do not contact me personally in regards to this issue again only upper management please. If deemed necessary restraining orders will be filed against vicious, malicious, and harmful intentions garnished by the employees and representatives of the Dominum brand. Please send me confirmation of this email receipt being sent to the corporate office. Also can you reply back with the email to your corporate office to file an official complaint for this issue. Thank you.

On Wed, Sep 9, 2020 at 2:57 PM North Range Crossings <north.range.crossings@dominiuminc.com> wrote:

Dear Tonya and all other occupants,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from your apartment is disturbing others which is a violation of your lease agreement.

*Yesterday (9/8/2020) and today (9/9/2020) we have received resident complaints regarding the noise levels coming from your unit. It has been reported that there is loud stomping and excessive television volume which can be heard throughout the day and into the late evenings. Your lease and resident handbook acknowledge this as a lease violation in regard to the peaceful enjoyment of your neighbors homes.*

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you.  Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live.

If you have any questions concerning this letter, please contact me at **northrangecrossings@dominiuminc.com or (720)-259-8076.**

Sincerely,

_____

**Mel Terrazas**

**Assistant Manager**

**North Range Crossings**

*Cc: Resident File*

Gmail - Noise Complaint                                                                     7/2/21, 6:48 PM

North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | 

*As an essential service provider, we're* All IN *to combat COVID-19*



This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                    Thu, Sep 10, 2020 at 8:57 AM
To: "Bribiesca, Tony" <anthony.bribiesca@dominiuminc.com>

Thank you. As I stated before the noise was not coming from my unit as we heard it as well. Do not email me any further about this issue without a proper investigation taking place. Thank you.

Gmail - Noise Complaint

7/2/21, 6:31 PM

*Cc: Resident File*

North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | f

*As an essential service provider, we're* All **IN** *to combat COVID-19*



North Range
C R O S S I N G S
A P A R T M E N T S

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                    Thu, Sep 10, 2020 at 3:22 AM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Thank you for this email, but we have heard this noise as well more than once coming from the new bottom floor family where there are multiple children one teenaged and a man and wife couple who could be having domestic violence issues. The doors were being slammed loudly, there was loud repetitive banging on the outside door for a length of time, adults were yelling and children were crying. Also we hear repeated banging from the unit above us as she makes beautiful furniture for a hobby and the new tenants may not know that. These domestic violence incidents were not reported from us because it is none of our business and a part of life especially with the pandemic going on. As long as we have lived here this has never been an issue with my unit or family. Please investigate this issue further for the safety of the new family since now the violence has been officially reported. We would also like to make official incident reports as to what we heard as well on the dates in question. However due to your rush to judgement we will be adding this to our lawsuit for continued harassment from your office. Please do not come at my unit with false allegations ever again. Please have proof of any and all accused violations that you are attempting to advance against my household. We heard the same loud noises that other residents may have reported. It would have been nice if you properly investigated these noises instead of jumping to false conclusions. There needs to be a full investigation into this situation to be handled and investigated properly. However, this event too will be added to the discrimination, retaialtion, and harrasment that my family has insused from your company and staff. Someone from your staff should follow up with any and all tenants as we are connected and can be confused. Instead you have falsely accused me and my family instead of actually doing your job. Again it is funny that these "lease violations" come exactly 2 days after we have already threatened to file a lawsuit against your company, and stated we are in the process of moving. Again it looks suspicious that no mention of these reports or violations were made known to Ashley McDaniel in person when she was in your office several times that day to send and receive a fax. Tony later sent a follow up email to Ashley again with no mention at all whatsoever of any violation allegations at all. Please have reports ready as well as witnesses ready to proceed with these false allegations. I am going to formally contest this violation with upper management until further court action. Please forward this to upper management. I am officially disputing this accused lease violation as another form of retaliation from your company. And at this time I would like to begin the official complaint process against the actions of Mel Terrazas specifically. I am beginning to believe that we are being specifically targeted by Mel as she was in the office that morning of the 9th and she did not say hello or even acknowledge my presence with a professional greeting, Mel then proceeded to give me the wrong return fax number for what were important documents. Mel has been trying to get a reaction out of my family since her plan to give 2 lease violations for two rescued dogs did not work.The abuse from Mel dates back further along with attempted abuse from Laurell trying to serve 2 false lease pet violation allegations as well. Because of Mels

harassment about two rescued animals I was forced to pay out of pocket for a reasonable accommodation to wait for their owners instead of being given time to locate the owners and wait for my scheduled physician appointment. Mel along with Dominum did not receive the satisfaction to serve those 2 lease violations for the pets and is attacking my families file. This new allegiation looks like an attempt from Mel to further garnish a lease violation somehow for my household. I am also going to further allege in a lawsuit that Mel is the reason the books are being cooked and my ledger is showing a negative balance. These errors can only happen from inside of the office and they are recurring at a rapid rate and this issue must stop. My family is being harassed at no fault of my own. Again forward this to upper management. And Mel please do not contact me personally in regards to this issue again only upper management please. If deemed necessary restraining orders will be filed against vicious, malicious, and harmful intentions garnished by the employees and representatives of the Dominum brand. Please send me confirmation of this email receipt being sent to the corporate office. Also can you reply back with the email to your corporate office to file an official complaint for this issue. Thank you.

---

**Bribiesca, Tony** <anthony.bribiesca@dominiuminc.com>
To: Yah Is Real <ashaleyreneemcd@gmail.com>

Thu, Sep 10, 2020 at 8:53 AM

Hello,


This email has been received this morning and forwarded to upper management. In response, my Regional manager asked for us to give you her contact info:


Jill Korkki

Regional Manager

763-452-3112

jill.korkki@Dominiuminc.com


Lastly, we did receive that fax back but it came back fairly blurry. I did not know if you wanted to contact them to have them resend or email.


Regards,




Tony Bribiesca, HCCP

Gmail – Noise Complaint                                                                                    7/2/21, 6:31 PM

Community Manager
North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | [f]

*As an essential service provider, we're* All IN *to combat COVID-19*



**North Range CROSSINGS** APARTMENTS

**From:** Yah Is Real <ashaleyreneemcd@gmail.com>
**Sent:** Thursday, September 10, 2020 3:23 AM
**To:** North Range Crossings <north.range.crossings@Dominiuminc.com>
**Subject:** [EXTERNAL] Re: Noise Complaint


Thank you for this email, but we have heard this noise as well more than once coming from the new bottom floor family where there are multiple children one teenaged and a man and wife couple who could be having domestic violence issues. The doors were being slammed loudly, there was loud repetitive banging on the outside door for a length of time, adults were yelling and children were crying. Also we hear repeated banging from the unit above us as she makes beautiful furniture for a hobby and the new tenants may not know that. These domestic violence incidents were not reported from us because it is none of our business and a part of life especially with the pandemic going on. As long as we have lived here this has never been an issue with my unit or family. Please investigate this issue further for the safety of the new family since now the violence has been officially reported. We would also like to make official incident reports as to what we heard as well on the dates in question. However due to your rush to judgement we will be adding this to our lawsuit for continued harassment from your office. Please do not come at my unit with false allegations ever again. Please have proof of any and all accused violations that you are attempting to advance against my household. We heard the same loud noises that other residents may have reported. It would have been nice if you properly investigated these noises instead of jumping to false conclusions. There needs to be a full investigation into this situation to be handled and investigated properly. However, this event too will be added to the discrimination, retaialtion, and harrasment that my family has insused from your company and staff. Someone from your staff should follow up with any and all tenants as we are connected and can be confused. Instead you have falsely accused me and my family instead of actually doing your job. Again it is funny that these "lease violations" come exactly 2 days after we have already threatened to file a lawsuit against your company, and stated we are in the process of moving. Again it looks suspicious that no mention of these reports or violations were made known to Ashley McDaniel in person when she was in your office several times that day to send and receive a fax. Tony later sent a follow up email to Ashley again with no mention at all whatsoever of any violation allegations at all. Please have reports ready as well as witnesses ready to proceed with these false allegations. I am going to formally contest this violation with upper management until further court action. Please forward this to upper management. I am officially disputing this accused lease violation as another form of retaliation from your company. And at this time I would like to begin the official complaint process against the actions of Mel Terrazas specifically. I am beginning to believe that we are being specifically targeted by Mel as she was in the office that morning of the 9th and she did not say hello or even acknowledge my presence with a professional greeting, Mel then proceeded to give me the wrong return fax number for what were important documents. Mel has been trying to get a reaction out of my family since her plan to give 2 lease violations for two rescued dogs did not work.The abuse from Mel dates back further along with attempted abuse from Laurell trying to serve 2 false lease pet violation allegations as well. Because of Mels harassment about two rescued animals I was forced to pay out of pocket for a reasonable accommodation to wait for their owners instead of being given time to locate the owners and wait for my scheduled physician appointment. Mel along with Dominum did not receive the satisfaction to serve those 2 lease violations for the pets and is attacking my families file. This new allegiation looks like an attempt from Mel to further garnish a lease violation somehow for my household. I am also going to further allege in a lawsuit that Mel is the reason the books are being cooked and my ledger is showing a negative balance. These errors can only happen from inside of the office and they are recurring at a rapid rate and this issue must stop. My family is being harassed at no fault of my own. Again forward this to upper

Gmail – Noise Complaint                                                                                                    7/2/21, 6:31 PM

management. And Mel please do not contact me personally in regards to this issue again only upper management please. If deemed necessary restraining orders will be filed against vicious, malicious, and harmful intentions garnished by the employees and representatives of the Dominum brand. Please send me confirmation of this email receipt being sent to the corporate office. Also can you reply back with the email to your corporate office to file an official complaint for this issue. Thank you.

On Wed, Sep 9, 2020 at 2:57 PM North Range Crossings <north.range.crossings@dominiuminc.com> wrote:

Dear Tonya and all other occupants,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from your apartment is disturbing others which is a violation of your lease agreement.

*Yesterday (9/8/2020) and today (9/9/2020) we have received resident complaints regarding the noise levels coming from your unit. It has been reported that there is loud stomping and excessive television volume which can be heard throughout the day and into the late evenings. Your lease and resident handbook acknowledge this as a lease violation in regard to the peaceful enjoyment of your neighbors homes.*

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you.  Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live.

If you have any questions concerning this letter, please contact me at **northrangecrossings@dominiuminc.com or (720)-259-8076.**

Sincerely,

_____

**Mel Terrazas**

**Assistant Manager**

**North Range Crossings**

***Cc: Resident File***

Gmail - Noise Complaint                                                                 7/2/21, 6:31 PM

North Range Crossings
Dominium
14350 E 104th Ave
Commerce City, CO 80022
Phone: 720-259-8076 Fax: 720-548-4793
northrangecrossings.com | f

*As an essential service provider, we're* All IN *to combat COVID-19*



This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                     Thu, Sep 10, 2020 at 8:57 AM
To: "Bribiesca, Tony" <anthony.bribiesca@dominiuminc.com>

Thank you. As I stated before the noise was not coming from my unit as we heard it as well. Do not email me any
further about this issue without a proper investigation taking place. Thank you.

 Gmail

Yah Is Real <ashaleyreneemcd@gmail.com>

## Noise Disturbance

4 messages

**North Range Crossings** <north.range.crossings@dominiuminc.com>          Tue, Jan 5, 2021 at 1:29 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>

Dear Resident,

Since all of our residents are important to us, we strive to offer an environment that is comfortable for everyone. It has been brought to our attention, that noise generated from your apartment is disturbing others which is a violation of your lease agreement.

*A formal notice was submitted to the management office that there was loud noise including stomping and banging being generated from your home at a level that was a disturbance to your fellow community members.*

We greatly appreciate your immediate attention in resolving this matter. Be aware that we require all occupants and their guests to abide by these rules and regulations including respecting the peace and quiet of the others around you.  Our Community is home to many and we ask that all of our residents and guests do their part to make this an enjoyable place to live.

If you have any questions concerning this letter, please contact me at **north.range.crossings@ dominiuminc.com or 720-259-8076.**

Sincerely,

**North Range Crossings**

Gmail - Noise Disturbance                                                                                7/2/21, 6:36 PM

at all with my unit. I am only directly connected to one unit below us and we have spoken with them directly, they have stated they are willing to sign an affidavit that they have never had issue. When asking neighbors the only complaint came from 110 about her upper neighbor unit 210. Thank you for your time of this future investigation into this matter ASAP.

On Tue, Jan 5, 2021 at 1:29 PM North Range Crossings <north.range.crossings@dominiuminc.com> wrote:

**Yah Is Real** <ashaleyreneemcd@gmail.com>                                    Tue, Jan 5, 2021 at 4:30 PM
To: North Range Crossings <north.range.crossings@dominiuminc.com>

Also can you provide me with the information if Laurel and Dom are still working for the Dominion  company at this time? I am asking for the purpose of tracking the continuous harassment from management either past or previous. If either have been terminated I will constitute the continued harassment as retaliation in the lawsuit. Thank you for your timely response to this matter.

 Gmail

Yah is Real <ashaleyreneemcd@gmail.com>

## Annual Recertification

1 message

**North Range Crossings** <north.range.crossings@dominiuminc.com>          Tue, Apr 20, 2021 at 12:41 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>

Hello,

Its that time again to do an Annual Recertification.  I wanted to see if we could get a time and date that would work for you to come in and fill out the documents?

Regards,

North Range Crossings

DOMINIUM
14350 E 104th Ave | Commerce City, CO 80022
Phone: ~~303 307 4474~~ | Fax: ~~303 555 4747~~
NORTHRANGECROSSINGS.COM | f
...
***As an essential service provider, we're*** All IN ***to combat COVID-19***

 **North Range** C R O S S I N G S
A P A R T M E N T S

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

 **Gmail**

Yah Is Real <ashaleyreneemcd@gmail.com>

## Notice to Quit-Follow Up

2 messages

**Terrazas, Mel** <Mel.Terrazas@dominiuminc.com>                    Tue, May 18, 2021 at 4:35 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>
Cc: "Korkki, Jill" <jill.korkki@dominiuminc.com>

Hi Tonya and Ashley,

I wanted to follow up with you in regard to the discussion we had today in our office. It was brought to my attention that Tonya was concerned about her housing voucher and her credibility as a tenant, and felt as if she was being evicted. Please note that this is a "Notice to Quit" and not an eviction notice. We are asking that you serve the terms of your lease but that we will not renew the lease based on circumstances that occurred during your tenancy. This will not make you ineligible for your voucher, will not reflect on your credit, or be cause for another community to reject your application. Your lease term and obligation will be fulfilled by you.

Please let us know if you have any further questions or concerns regarding the information above.

Regards,

Mel Terrazas

Community Manager
North Range Crossings
DOMINIUM
14350 E 104th Ave | Commerce City, CO 80022
Phone: ████████ | Fax: ████████
NORTHRANGECROSSINGS.COM | 📘

...

*As an essential service provider, we're All IN to combat COVID-19*

 **North Range CROSSINGS** APARTMENTS

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>                        Tue, May 18, 2021 at 6:22 PM
To: "Terrazas, Mel" <Mel.Terrazas@dominiuminc.com>

Thank you, but yourself and your office will have to answer to these allegations in court, as we will be claiming housing discrimination due to being on a section 8 voucher among other civil rights violations. My mother has a disability that is being exacerbated by yourself and your office with these false allegations. These allegations of non compliance and defiance go directly into my file. The notice to quit itself go directly into my housing file, these false allegations can and will directly affect my housing voucher preventing me from finding housing in an adequate amount of time while you force and intimidate a move out date, I can potentially lose my voucher. I have informed your office formally as of two weeks ago we do not plan on renewing our lease ourselves. Not only that we have the ability to break our lease at anytime. And your office knows we want to add Miyah to our voucher for the ability to leave. I find it funny that I have had no correspondence with your office since January about any issue and you wait less than two months not to renew the lease through unfounded allegations verses serving a demand for compliance or stating your office is making the sole decision at its own discretion. We will still be moving forward with allegations of harassment, discrimination and intimidation from yourself along with the company. No demand for compliance was properly served to rectify any allegations in this matter. Please feel free to move forward with whatever illegal eviction proceedings your office has planned after we defy the given dates by your office, we will sue with a counter claim at that time. The intimidation and threats to "move out" by any given date are unfounded and without good cause by your office. This lawsuit will be filed in federal court not district court. If your office did not want to renew our lease they could have said that instead of making up false claims. These alleged harassment complaints are serious and scary, unfounded and without good cause and may be acting simply a made up excuse to perpetuate discrimination by your office against myself and my voucher housing status. To date no demand for compliance has been legally served on this unit for this issue. Moving forward after suit is filled I would prefer to deal with the legal department directly as today I was denied the contact information of your attorney by your corporate office. We will reach out again after suit is officially filed. But just to clarify no harassment has taken place or will take place to whomever anonymously reported as well as whatever noise is being heard we have to know what it is to rectify. Please serve a demand for compliance so I can know what to fix and change and at what hours. Thank you so much!



**DOMINIUM**

**SECTION 42 LIHTC**
**RECERTIFICATION NOTICE**
**SECOND NOTICE**

**Date**:   May 3rd, 2021

**To:**   Tonya McDaniel
14270 E 104th Ave #1-212
Commerce City, CO, 80022

---

Dear <u>Resident</u>,

On <u>April 1st, 2021</u>, management sent an initial notice to you regarding the scheduling of the annual recertification of your household eligibility, as required by the Internal Revenue Service (IRS).  Unfortunately, we have not been able to begin the recertification process because:

☒ You missed your recertification appointment and have not re-scheduled another.

☐ Other_____.

We understand your schedule is busy, but please remember that this interview is a very important step in maintaining your eligibility for your continued residency. The IRS Section 42 Low Income Tax Credit Program's guidelines state that annual recertifications must be completed in a timely manner. If the recertification is not completed, your residency may be terminated and you will be required to move.

We have rescheduled your appointment for the date and time listed below.  Please contact the management office at 720-259-8076 immediately, if this time conflicts with your schedule.  Remember, all adult members of your household will need to attend.

**Appointment Date: <u>Tuesday, May 11th, 2021</u>**

**Appointment Time: <u>4 PM</u>**

Sincerely,

Mel Terrazas
North Range Crossings

Original - Resident
Copy - Resident File

We encourage and support the nation's affirmative housing program in which there are no barriers to obtaining housing because of race, color, religion, sex, national origin, handicap or familial status.

Dominium, Inc.
Section 42 Compliance Forms
**DMS Second Notice**
**10/31/19**

# NOTICE TO QUIT
(Good Cause)

To: <u>Tonya McDaniel</u> and any, and all other occupants of the premises described below.

You are hereby notified, on behalf of the Owner/Landlord/ Agent for the Landlord of the premises described, that your tenancy / occupancy of the premises described as (Address)

<u>14270 E 104th Ave #01-212</u> in the City of <u>Commerce City</u> Zip code of <u>80022</u> in the

County of <u>Adams</u> State of Colorado is terminated for the following reasons:

- <u>Multiple documented noise complaints from neighboring tenants of the North Range Crossings community.</u>
- <u>Multiple documented harassment complaints from neighboring tenants of the North Range Crossings community.</u>

You are required to surrender and vacate the premises not later than midnight on the <u>31st</u> (day) of <u>July</u> (month) <u>2021</u> (year).  Failure to vacate and surrender possession of the premises on or before this date will result in the institution of legal proceedings against you to recover possession of the premises.

_____          <u>05/18/2021</u>
Landlord / Agent for Landlord                    Date

<u>North Range Crossings</u>
Community

---

RETURN OF SERVICE

STATE OF COLORADO, <u>Adams</u> County

I declare under oath that I am 18 years old and that I served the foregoing Notice to Quit on the above listed

Tenant(s) at the above listed address, on <u>05/18/2021</u> (date) in the manner described below,
By (Check One Line)

_____ By handing it to a person identified to me as _____ (Resident)

X     I have made diligent efforts to personally serve this Demand, I have made service of the forgoing Notice to Quit by posting a copy of it in a conspicuous place upon the premises described therein.

Dated _____<u>05/18/2021</u>_____          _____
                                                                        Sign Name

**COURTESY OF TSCHETTER HAMRICK SULZER,P.C.**                    1
**Fax completed form to 303.766.1181 or 303.766.1819 or Colorado Springs 719.227.1181**
Rev: 08/012011