



Articles   For Authors   About

Home › Racial and Gender Disparities among Evicted Americans

# Racial and Gender Disparities among Evicted Americans

Peter Hepburn, Renee Louis, Matthew Desmond

Sociological Science December 16, 2020
10.15195/v7.a27

PDF (5508 views) | Reactions 0 | Citation



**ABSTRACT** | AUTHOR INFORMATION | SUPPLEMENTAL MATERIAL | PROCESS INFO

Drawing on millions of court records of eviction cases filed between 2012 and 2016 in 39 states, this study documents the racial and gender demographics of America's evicted population. Black renters received a disproportionate share of eviction filings and experienced the highest rates of eviction filing and eviction judgment. Black and Latinx female renters faced higher eviction rates than their male counterparts. Black and Latinx renters were also more likely to be serially filed against for eviction at the same address. These findings represent the most comprehensive investigation to date of racial and gender disparities among evicted renters in the United States.

This work is licensed under a Creative Commons Attribution 4.0 International License.

Tweet

Bayesian Imputation, Disparate Impact; Fair Housing Act, Eviction, Gender, Race/Ethnicity

‹ Threshold Models of Collective Behavior II: The Predictability Paradox and Spontaneous Instigation
The Toll of Turnover: Network Instability, Well-Being, and Academic Effort in 56 Middle Schools ›

## Write a Reaction

[comment textarea]

[Name (required)]
[Email (will not be published) (required)]
[Website]

Send

---

## Why Sociological Science?

Sociological Science is a general interest, open access sociology journal committed to the highest standards of rigor and relevance. We aim to be the flagship journal for social scientists committed to advancing a general understanding of social processes.

Please support Sociological Science by becoming a Member!

## Support Us

Why support us?

How to become a member.

How to donate today.

## Search

[Search...]

## Follow us on Twitter

Tweets by @SociologicalSci


Sociological Science
@SociologicalSci

Recently Published! "Prejudice, Bigotry, and Support for Compensatory Interventions to Address Black–White Inequalities: Evidence from the General Social Survey, 2006 to 2020" dx.doi.org/10.15195/v9.a1

Mar 7, 2022

 
Sociological Science
@SociologicalSci

Recently Published! "Education and Social Fluidity: A Reweighting Approach" dx.doi.org/10.15195/v9.a2

Mar 4, 2022

 
Sociological Science
@SociologicalSci

New: New research suggests political events can fuel short-term surges of discrimination in the workplace.
buff.ly/3sASkcc





Embed    View on Twitter



© 2014-2021 Sociological Science. All Rights Reserved.    ISSN: 2330-6696    info@sociologicalscience.com

