Gmail - Regarding - Live In Aide Paperwork - Service Animal Reasonable Accomodation    7/8/21, 1:26 PM

 **Gmail**    Yah Is Real <ashaleyreneemcd@gmail.com>

## Regarding - Live In Aide Paperwork - Service Animal Reasonable Accomodation

1 message

Villiard, Laural <laural.villiard@dominiuminc.com>    Fri, Apr 12, 2019 at 5:09 PM
To: "ashaleyreneemcd@gmail.com" <ashaleyreneemcd@gmail.com>
Cc: Elise Grongstad <egrongstad@coloradocoalition.org>, "Lepak, David" <dlepak@dominiuminc.com>

Tonya,

We have not heard back from you or Ashley in regards to the paperwork needed for the live in aide completion. As a reminder we need to verify that Ashley's minor child will not be occupying the unit with paperwork that shows the custody agreement for said minor child.

Additionally, we have not heard back regarding the forms that were e-mailed to you for the completion of the reasonable accommodation requested for the 2 service animals to reside in your apartment home. The forms are also here in the office, per my email on 4/9/2019.

Please get in touch with us on Monday 4/15/2019 regarding the completion of these items so we may resolve and complete these actions for your household.

Cc: Elise Grongstad -CCHA

Cc: David Lepak – Area Manager

Sincerely,

Laural Villiard

North Range Crossings (720-259-8076), East Range Crossings (720-259-3982)
Dominium
dominiumapartments.com



This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com