OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
CLERK

21-cv-01997-RMR-NYW
Doc #33-34

DENVER CO 802
DENVER 2022 FEB 2 PM 2
22 FEB 2022 PM 6

FIRST-CLASS MAIL
$00.53
ZIP 80294
041L11245087

neopost
02/07/2022
US POSTAGE

Ashley McDaniel
14270 East 104th Avenue
Mailbox #77
Com[...]

NIXIE         802      DE 1           0003/15/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294235999          *1156-03182-15-41*

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
CLERK

21-cv-1997-RMR-NYW
Doc #40

---

FIRST-CLASS MAIL

neopost 02/18/2022
**US POSTAGE** $00.53⁰

ZIP 80294
041L11245087

DENVER CO 802
26 FEB 2022 PM 9 L

Ashley McDaniel
14270 East 104th Avenue
Mailbox
Commer[ce City...]

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD