

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
CLERK

21-cv-1997-RMR-NYW
Doc #33-34

FIRST-CLASS MAIL
$00.53⁰
ZIP 80294
041L11245087

neopost
02/07/2022
US POSTAGE

DENVER CO 802
2 FEB 2022 PM 6

Tonya McDaniel
14270 East 104th Avenue
Mailbox #7
Comm[erce City, CO]

2022/15/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
    CLERK

21-CV-1997-RMR-NYW
Doc #40

---

FIRST-CLASS MAIL
$00.53⁰
ZIP 80294
041L11245087

neopost
02/18/2022
US POSTAGE

DENVER CO 802
18 FEB 2022 PM 6

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce

NIXIE  802 FE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD