OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
CLERK

21-cv-1997-RMR-NYW
Doc #29

FIRST-CLASS MAIL
$00.53
ZIP 80294
041L11245087

neopost
02/07/2022
USPOSTAGE

DENVER CO 802
DENVER CO 802
14 FEB 2022 PM 7
22 FEB 2022 PM 6

Ashley and Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
CLERK

21-CV-1997-RMR-NYW
Doc #32

DENVER CO 802
29 FEB 2022 PM 3L

neopost
02/08/2022
US POSTAGE

FIRST-CLASS MAIL
$00.53⁰
ZIP 80294
041L11245087

Ashley & Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce



NIXIE          802     DE 1          0002/15/22
    RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
  BC: 80294250099          *1778-01158-08-46