OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

neopost
02/18/2022
US POSTAGE $01.36⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022

Fwd

UTF



```
NIXIE        808   5E 1          7203/18/22
              RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 80294250099      0159N077101-00351
```

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2022

JEFFREY P. COLWELL
CLERK

21-cv-01997-RMR-NYW
#41