IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 21-cv-01997-RMR-NYW | Date: April 8, 2022 |
|---|---|---|
| Courtroom Deputy: | Camden Pommenville | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| TONYA MCDANIEL,<br>ASHLEY MCDANIEL,<br><br>**Plaintiff,**<br><br>v.<br><br>DOMINIUM MANAGEMENT SERVICES, LLC,<br>MEL TERRAZAS<br><br>**Defendant.** | *pro se*<br><br><br><br><br><br><br>*Daniel Adam Jacobs,*<br>*Eric Joseph Neeper,* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 10:03 a.m.

Appearances of *pro se* parties and counsel.

Plaintiffs are advised that even as *pro se* litigants, they must comply with the Federal Rules of Civil Procedure, the Local Rules of Practice for the United States District Court for the District of Colorado, and this court's Practice Standards as well as substantive law. In addition, Plaintiffs are advised that any objection to the rulings or recommendations of the magistrate judge must be made within fourteen days, unless otherwise ordered by the court. Failure to make a timely objection may result in a waiver of the objection, arguments and/or issues.

Plaintiffs confirm they have reached out to the Federal Pro Se Clinic.

The Court discusses Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [30]. As this motion has been fully briefed, The Court will make its recommendation before setting any deadlines or discovery limitations in this case. To the extent it is necessary, The Court will set another status conference to set deadlines and discovery limitations.

Both parties are reminded that they have fourteen (14) days from the date of the recommendation to object to the District Judge before a ruling on the motion is made.

Court in Recess: 10:13 a.m.         Hearing concluded.         Total time in Court: 00:10

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.