OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

neopost
02/18/2022
US POSTAGE      $01.36⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245987

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022





21 cv 1997 RMR

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 23 2022**

JEFFREY P. COLWELL
CLERK

#41T

-R-T-S-   800220 50-1N   05/17/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER