IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:21-cv-01997-RMR-NYW

TONYA MCDANIEL and ASHLEY MCDANIEL,

    Plaintiffs,

v.

DOMINIUM MANAGEMENT SERVICES, LLC and MEL TERRAZAS,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge, ECF No. 59, entered May 3, 2022, addressing the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 30.  Magistrate Judge Nina Y. Wang recommends granting Defendants' motion and granting Plaintiffs leave to amend.

The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service.  ECF No. 59 at 30 n.11; *see also* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  The Recommendation was served on the parties on May 3, 2022.  ECF No. 59.  No timely objection to the Recommendation has been filed; therefore, Plaintiffs are not automatically entitled to de novo review of the Recommendation.  *See United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996) ("[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review

by the district court or for appellate review."); *cf.* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

In this matter, the Court has reviewed the Recommendation to "satisfy itself that there is no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Even if the Court were to consider the issue de novo, the Court agrees with the Recommendation and finds that it accurately sets forth and applies the appropriate legal standards.  For the reasons stated in the Recommendation, the claim under Title VI of the Civil Rights Act of 1964 ("Title VI") should be dismissed with prejudice against Defendant Mel Terrazas because she cannot be held individually liable under Title VI; Plaintiffs have not alleged sufficient facts to establish Defendant Terrazas's personal participation in the alleged unlawful conduct, as required to state a claim under the Fair Housing Act ("FHA"); and Plaintiffs have not alleged sufficient facts to allege Title VI and FHA retaliation and discrimination claims against Defendant Dominium Management Services, LLC

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).  *See, e.g.*, *National Jewish Health v. WebMD Health Servs. Grp., Inc.*, 305 F.R.D. 247, 249 n.1 (D. Colo. 2014) (Daniel, J.).

("Dominium").  Therefore, the Court GRANTS Defendants' Motion to Dismiss.  However, for the reasons stated in the Recommendation, Plaintiffs could potentially correct the pleading deficiencies by amended their Amended Complaint to include more specific, detailed factual allegations supporting the FHA claim against Defendant Terrazas and the FHA and Title VI claims against Defendant Dominium.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge, ECF No. 59, is ACCEPTED and ADOPTED; it is

FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 30, is GRANTED; it is

FURTHER ORDERED that Plaintiffs' Claim One against Mel Terrazas is DISMISSED WITH PREJUDICE, and Plaintiffs' remaining claims are DISMISSED WITHOUT PREJUDICE; it is

FURTHER ORDERED that Plaintiffs shall be GRANTED leave to file a Second Amended Complaint, amending the FHA claim against Defendant Terrazas and the FHA and Title VI claims against Defendant Dominium, on or before Friday, July 15, 2022; and it is

FURTHER ORDERED that a copy of this Order shall be sent to the following:

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 80224

and

Ashley McDaniel
933 S. Monaco Parkway
Denver, CO 80224

DATED:  June 15, 2022

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

4