IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01997-NYW-KLM

TONYA MCDANIEL and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS and
DOMINIUM MANAGEMENT SERVICES, LLC,

    Defendants.

---

**MOTION TO STRIKE PLAINTIFFS' RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT AND/OR FOR EXTENSION OF TIME TO REPLY**

---

Defendants Dominium Management Services, LLC ("Dominium") hereby moves to strike Plaintiffs' Response to Dominium's Motion to Dismiss Second Amended Complaint ("Response," Dkt. No. 70) as untimely filed pursuant to D.C.COLO.LCivR 7.1(d) and/or for extension of time pursuant to D.C.COLO.LCivR 6.1(a) and Civ. Practice Standard I.G of District Judge Nina Y. Wang to file a reply to the Response, for the following reasons:

**CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1 and Civ. Practice Standard I.G of District Judge Nina Y. Wang, Dominium counsel has conferred with Plaintiffs, who are currently unrepresented, concerning the sought requested relief on this Motion  Specifically, by email correspondence on August 25, 2022 and then a conference call on August 26, 2022 with both Plaintiffs,  Plaintiffs advised they do not oppose the requested extension of time to reply to the Response but oppose

the requested striking of the Response based on claimed extenuating circumstances causing them to not file the Response on August 19, 2022.

## STATEMENT OF FACTS AND ARGUMENT

1. Plaintiffs filed their Second Amended Complaint on July 15, 2022. *See* Dkt. No. 65.

2. Dominium filed their Second Motion to Dismiss on July 29, 2022. *See* Dkt. No. 66. Dominium served the Second Motion to Dismiss on the Plaintiffs on the same day via regular mail to their mailing addresses on file with the Court and via email to their personal email addresses.

3. By operation of D.C.COLO.LCivR 7.1(d), any response by Plaintiffs filed with the Court to Dominium's Second Motion to Dismiss was due and had to be filed no later than August 19, 2022 because that was 21-days following the filing of the Second Motion to Dismiss on July 29, 2022.

4. At no point prior on or prior to August 19, 2022 did this Court issue an order extending or shortening the deadline under D.C.COLO.LCivR 7.1(d), .

5. Plaintiffs did not attempt to obtain an extension of time before the expiration of that original deadline as is customary and required under D.C.COLO.LCivR 6.1(a) when and if legitimate delays may be at hand. Neither did Plaintiffs seek to confer with Dominium counsel over an extension of time to file the Response prior to their original filing deadline.

6. On August 25, 2022, Dominium received electronic notice and a copy of the Response for the first via the CM/ECF system with the electronic notice to their counsel indicating Plaintiffs filed their Response on August 23, 2022. *See* Dkt. No. 70.

7. By operation of D.C.COLO.LCivR 7.1(d), Dominium's deadline to file a reply to the Response is measured 14-days from the date of filing, not date of receipt, and which places their reply filing deadline on September 6, 2022.

8. The date of September 6, 2022, is the Tuesday immediately after Labor Day Weekend and longstanding non-work commitments of Dominium counsel in celebration of the holiday weekend that they expect will interfere with the completion of the reply for filing by the deadline.

9. If Plaintiffs had complied with D.C.COLO.LCivR 7.1(d), Dominium's filing deadline would have fallen prior to the start of the holiday weekend and not have interfered with the non-work commitments of Dominium counsel.

10. Further, because Dominium received notice and a copy of the Response for the first time on August 25, 2022, they now only effectively have 12-days to prepare and file their reply rather than the 14-days afforded under D.C.COLO.LCivR 7.1(d).

11. Because the Response was filed by Plaintiffs in an untimely manner pursuant to D.C.COLO.LCivR 7.1(d), without ever seeking an extension of their time to file before their deadline as required by D.C.COLO.LCivR 6.1(a), it should be stricken from the record and not considered by the Court on Dominium's Motion to Dismiss the Second Amended Complaint.

12. Alternatively, pursuant to D.C.COLO.LCivR 6.1(a), for good cause shown, Dominium respectfully requests that the Court grant a three-day extension of time, until September 9, 2022, for Dominium to prepare and file with the Court a reply to the Response.

13. This is the first request for an extension of time filed by undersigned counsel to file a reply to Plaintiffs' Response.

14. Based upon the foregoing information, there will be no prejudice to any party by the requested brief extension. – in particular, that Plaintiffs do not oppose this requested relief.

15. Further, the requested brief extension of time will not cause unnecessary delay, nor will it adversely affect the administration of justice in this matter.

16. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion is being contemporaneously served on Dominium by undersigned counsel.

## CONCLUSION

WHEREFORE, Dominium respectfully requests this Court grant this motion and strike from the record Plaintiffs' Response as untimely filed pursuant to D.C.COLO.LCivR 7.1(d), or in the alternative, extend the deadline for Dominium to file a reply to the Response to September 9, 2022 pursuant to D.C.COLO.LCivR 6.1(a).

Dated this 26th day of August 2022.

**ROBINSON & HENRY, P.C.**

s/Daniel A. Jacobs
Daniel A. Jacobs, Esq.
Eric J. Neeper, Esq.
1805 Shea Center Drive
Highlands Ranch, Colorado
Telephone: (303) 688-0944
Facsimile: (303) 470-0620
E-mail: daniel.jacobs@robinsonandhenry.com
eric@robinsonandhenry.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2022, a true and correct copy of the foregoing **DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RESPONSE TO SECOND MOTION TO DISMISS AND/OR FOR EXTENSION OF TIME TO REPLY** was filed electronically via the CM/ECF system and a copy of the foregoing will be served and mailed, via email and U.S. Mail at the address on currently on file with the Court, postage prepaid, to the *pro se* Plaintiffs, as follows:

Ashley McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: ashaleyreneemcd@gmail.com

Tonya McDaniel
14270 East 104th Avenue
Mailbox #72
Commerce City, CO 80022
Email: mommat2real@gmail.com

**ROBINSON & HENRY, P.C.**

s/*Joyce M. Vigil*
Joyce M. Vigil | Senior Paralegal