UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 21-cv-01997-NYW-KLM

TONYA MCDANIEL, and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS, and
DOMINIUM MANAGEMENT LLC,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix issued on February 6, 2023. [Doc. 76]. Judge Mix recommends that Defendants' Motion to Dismiss Second Amended Complaint (the "Motion to Dismiss") [Doc. 66] be granted in part and denied in part. [Doc. 76 at 2]. Specifically, Judge Mix recommends that the Motion to Dismiss be granted with respect to Defendant Dominium Management LLC and that Dominium be dismissed as a Defendant in this action. [*Id.* at 15]. She also recommends that the Motion to Dismiss be granted as to (1) Plaintiffs' claims of religion and gender discrimination under Title VI and the Fair Housing Act ("FHA"); (2) Plaintiffs' disparate impact claim under the FHA; (3) Plaintiffs' retaliation claims under Title VI and the FHA; and (4) Plaintiffs' harassment claim under the FHA. [*Id.* at 33].[1]  Judge Mix recommends that the Motion to Dismiss be denied with

---

[1] Judge Mix recommends that these claims be dismissed <u>with</u> prejudice. [Doc. 76 at 32–33]. As to the Title VI religion or gender discrimination claims, she states that these claims are not viable under Title VI. [*Id.* at 32]. As to the remaining claims, Judge Mix notes that "Plaintiffs were

respect to Plaintiffs' race discrimination claim under Title VI and their race discrimination claim under the FHA, insofar as it is based on allegations of disparate treatment.  [*Id.*].

The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the Parties.  [*Id*. at 33–34]; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on February 6, 2023.  *See* [Doc. 76 at 34].  No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a Magistrate Judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [Magistrate Judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").  In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2]  Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment.  Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1)     The Recommendation of United States Magistrate Judge Kristen L. Mix [Doc. 76] is

---

previously advised of the deficiencies [in their pleadings] on multiple occasions . . . and have failed to address the noted deficiencies," such that further amendment would be futile.  [*Id.* at 33].  Indeed, Plaintiffs have already once been granted leave to amend their complaint after a motion to dismiss was granted, *see* [Doc. 62], and Plaintiffs have not objected to the recommendation that these claims be dismissed with prejudice.  "A dismissal with prejudice is appropriate where a complaint fails to state a claim for relief under Rule 12(b)(6) and granting leave to amend would be futile."  *Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006).  The Court agrees that dismissal with prejudice is appropriate.

[2] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review.  Fed. R. Civ. P. 72(b).

**ADOPTED**;

(2) The Motion to Dismiss Second Amended Complaint [Doc. 66] is **GRANTED in part** and **DENIED in part**;

(3) The following claims are **DISMISSED with prejudice**: (1) the claims of religion and gender discrimination under Title VI and the Fair Housing Act; (2) the disparate impact claim under the FHA; (3) the retaliation claims under Title VI and the FHA; and (4) the harassment claim under the FHA;

(4) Plaintiffs' race discrimination claim under Title VI and their race discrimination claim under the FHA, insofar as it is based on allegations of disparate treatment, **REMAIN** as to Defendant North Range Crossings;

(5) Defendant Dominium Management LLC is **DISMISSED** as a Defendant in this matter;

(6) The Clerk of Court shall mail a copy of this Order to:

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 80224

and

Ashley McDaniel
933 S. Monaco Parkway
Denver, CO 80224


DATED:  February 24, 2023                    BY THE COURT:

_____
Nina Y. Wang
United States District Judge