THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-NYW-KLM

**TONYA MCDANIEL, and**
**ASHLY MCDANIEL**

  Plaintiff,

v.

**NORTH RANGE CROSSINGS**

  Defendant.

## ENTRY OF APPEARANCE OF VICTORIA E. EDWARDS

To the Clerk and all parties of record:

  I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the above-named Defendant North Range Crossings.

  Respectfully submitted on March 9, 2023.

            Robinson & Henry, P.C.

            */s/ Victoria E. Edwards*
            Victoria E. Edwards, Esq.
            Robinson & Henry, P.C.
            1805 Shea Center Drive, Suite 180
            Highlands Ranch, CO  80129
            Telephone:  (720) 931-2326
            Email:  eric@robinsonandhenry.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **ENTRY OF APPEARANCE OF VICTORIA E. EDWARDS** was electronically filed on March 9, 2023 with the Clerk of Court using the CM/ECF system as well as via email and regular US Mail to the following individuals:

Tonya McDaniel & Ashley McDaniel
933 S Monaco Parkway
Denver, CO  80224
ashaleyreneemcd@gmail.com
mommat2real@gmail.com

/s/Joyce M. Vigil
Joyce M. Vigil | Senior Paralegal