THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-NYW-KLM

**TONYA MCDANIEL, and
ASHLY MCDANIEL**

      Plaintiff,

v.

**NORTH RANGE CROSSINGS**

      Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to D.C.COLO.LCivR 6.1, Defendant North Range Crossings ("NRC") hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint ("Motion"). In support of its request, NRC states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for NRC has conferred with Plaintiffs, who are currently unrepresented, concerning the extension of time requested in this Motion. Plaintiffs did not oppose a two-week extension.

2. Undersigned counsel was retained on Monday, March 6, 2023, to represent NRC.

3. While NRC has not yet been served, the Court issued its Order Adopting Magistrate Judge's Recommendation on February 24, 2023, which named NRC.

4. Per Fed.R.Civ.P. 5, the Answer to the Second Amended Complaint is due March 10, 2023. In an abundance of caution and to preserve appropriate defenses (specifically, defenses concerning service of process), NRC seeks an extension of time to answer or otherwise respond to the Plaintiffs' Second Amended Complaint. Undersigned counsel will also enter her appearance with a reservation of these defenses.

3. As counsel for NRC was recently retained on March 6, 2023, more time is needed to properly investigate this matter prior to preparing and filing a response to Plaintiffs' Second Amended Complaint.

5. Pursuant to D.C.COLO.LCivR 6.1(a), an extension of up to twenty-one (21) may be requested prior to the expiration of the original time to respond. However, per agreement of the parties, NRC respectfully requests that the Court grant an extension of time to file its Answer or otherwise respond to the Second Amended Complaint up to and including March 24, 2023.

7. This is the first request for an extension of time filed by undersigned counsel since being retained and based upon the foregoing information, there will be no prejudice to any party by the requested extension. Plaintiffs do not oppose this request.

8. The brief extension of time will not cause unnecessary delay, nor will it adversely affect the administration of justice in this matter.

WHEREFORE, NRC respectfully requests this Court grant this Motion and permit NRC to Answer or Otherwise Respond to the Plaintiffs' Second Amended Complaint up to and including March 24, 2023.

Respectfully submitted on March 9, 2023.

Robinson & Henry, P.C.

/s/ *Victoria E. Edwards*
Victoria E. Edwards, Esq.
Eric J. Neeper, Esq.
Robinson & Henry, P.C.
1805 Shea Center Drive, Suite 180
Highlands Ranch, CO  80129
Telephone:  (720) 931-2326
Email:  eric@robinsonandhenry.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND COMPLAINT** was electronically filed on March 9, 2023 with the Clerk of Court using the CM/ECF system as well as via email and regular US Mail to the following individuals:

Tonya McDaniel & Ashley McDaniel
933 S Monaco Parkway
Denver, CO  80224
ashaleyreneemcd@gmail.com
mommat2real@gmail.com

 

                                              /s/Joyce M. Vigil
                                              Joyce M. Vigil | Senior Paralegal