**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-1997-NYW-KLM

**TONYA MCDANIEL, and**
**ASHLY MCDANIEL**

      Plaintiff,

v.

**NORTH RANGE CROSSINGS**

      Defendant.

---

**ORDER GRANTING <u>UNOPPOSED</u> MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

---

THIS MATTER comes before the Court on North Range Crossings' ("NRC") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint.  The Court, having reviewed the Motion, and being fully advised, hereby ORDERS that the Motion is GRANTED.

NRC shall have up to and including March 24, 2023 to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint.

SO ENTERED this _____ of _____, 2023.

BY THE COURT:

_____
U.S. District Court Judge