IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW-KLM

TONYA MCDANIEL,
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed** **Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint** [#81] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED**. Defendant has up to and including **March 24, 2023**, to answer or otherwise respond to the Second Amended Complaint.

    Dated:   March 13, 2023