IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-01997-NYW-KLM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 APR 19 PM 12:09
JEFFREY P. COLWELL
CLERK
BY _____ DEP. CLK

Plaintiff(s), Tonya McDaniel, Ashley McDaniel

v.

Defendant(s). North Range Crossings

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I [INSERT NAME] Ashley McDaniel, the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

[X] My address has changed.

Old Address:
Street: 933 S Monaco Pkwy
City: Denver   State: Co   Zip Code: 80224

New Address:
Street: 542 Lima Street
City: Aurora   State: Co   Zip Code: 80010

☐ **My telephone number has changed.**

Old telephone number:

(_____)_____

New telephone number:

(_____)_____

Dated at _Denver_ (city), _CO_ (state), this _April_ day _19_, 20_23_.

_____
Signature

Print Name: _Ashley McDaniel_

Address: _542 Lima St_
_Aurora, CO 80010_

Telephone Number: _720-244-1240_

Email Address: _ashaleyreneered@gmail.com_

2

## CERTIFICATE OF SERVICE

I hereby certify that on [INSERT DATE] __4-19-2023__,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:

Party Name: __North Range Crossings__
How Served: __Mail__
Party Attorney's Name: __Victoria Edwards__
Address: __Robinson & Henry 1805 Shea Center Drive, Suite 180, Highlands Ranch, CO 80129__
Telephone Number: __303-688-0944__
Email Address: __victoria.edwards@robinsonandhenry.com__

Party Name: _____
How Served: _____
Party Attorney's Name: _____
Address: _____

Telephone Number: _____
Email Address: _____

_(Signature of person completing service)_
Print Name: __Ashley McDaniel__
Address: __542 Lima Street, Aurora, CO 80010__
Telephone Number: __720-244-1240__
Email Address: __ashleyreneemcd@gmail.com__