**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ashley McDaniel, Tonya McDaniel | COURT CASE NUMBER: 1:21 CV 01997-NYW-KLM |
| DEFENDANT: North Range Crossings | TYPE OF PROCESS: Second amended Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
North Range Crossings

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
14350 E 104th Ave; Commerce City, Co 80022

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Any staff member can accept service at the provided location between 9am and 5pm.

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

North Range Crossings
14350 E 104th Ave
Commerce City Colorado 80022

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 720-244-1240
DATE: 6-13-2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: B13
District to Serve No.: B13
Signature of Authorized USMS Deputy or Clerk: [signature] McNeil
Date: 6/14/2023

I hereby certify and return that ☒ I have personally served ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lisa Miramontes, Manager

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6-20-23
Time: 1500 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | 53.2 Mi 1.65 | — | 86.58 | — | | |

REMARKS:

1:21-cv-01997

Capture ✓

**PRIOR EDITIONS MAY BE USED**     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __North Range Crossings__
was received by me on *(date)* __6-20-23__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lisa Miramontes__, who is designated by law to accept service of process on behalf of *(name of organization)* __North Range Crossings__ on *(date)* __6-20-23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __21.58__ for travel and $ __65.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6-20-23__

_____
Server's signature

Paul Otto DUSM
Printed name and title

901 19th St., Denver Co. 80294
Server's address

Additional information regarding attempted service, etc: