**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:56 am, Sep 14, 2023*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____1:21-CV-1997-NYW-KAS_____

Plaintiff,

TONYA MCDANIEL, ASHLEY MCDANIEL

v.

Defendant(s),

NORTH RANGE CROSSINGS

---

## PLAINTIFF'S INITIAL DISCLOSURES UNDER
## F.R.C.P. 26(a)(1)

---

| Original | Supplemental | Amended |
|----------|--------------|---------|
|          |              |         |

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the joint Case Management Order, plaintiff makes the following initial disclosures to the defendant in the above-referenced lawsuit. These disclosures are based on information presently known and reasonably available to the plaintiffs and which plaintiffs reasonably believe they may use in support of their claim. Continuing investigation and discovery may cause the plaintiff to amend these initial disclosures, including by identifying other potential witnesses, documents and disclosing other pertinent information. Plaintiffs therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, plaintiff does not represent that it is identifying every document, tangible thing or witness possibly relevant to this action.

I.    List of Individuals

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Mel Terrazas | TBD | North Range Crossings record keeping, NRC eviction policies, NRC eviction rate, NRC discrimination policy, discrimination complaints, harassment complaints, noise complaints, records, files, documentation, NRC company meetings, clerical issues. |
| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
| David Lepak | TBD | North Range Crossings record keeping, NRC eviction policies, NRC eviction rate, NRC discrimination policy, discrimination complaints, harassment complaints, noise complaints, records, files, documentation, NRC company meetings, clerical issues. |

2

| Laural Villiard | TBD | North Range Crossings record keeping, NRC eviction policies, NRC eviction rate, NRC discrimination policy, discrimination complaints, harassment complaints, noise complaints, records, files, documentation, NRC company meetings, clerical issues. |
| Jean Ferguson | TBD | North Range Crossings record keeping, NRC eviction policies, NRC eviction rate, NRC discrimination policy, discrimination complaints, harassment complaints, noise complaints, records, files, documentation, NRC company meetings, clerical issues. |
| Jane Doe 1 | TBD | Former North Range Crossings record keeping, NRC eviction policies, NRC eviction rate, NRC discrimination policy, discrimination complaints, harassment complaints, noise complaints, records, files, documentation, NRC company meetings, clerical issues. |

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Jane Doe 2 | TBD | Tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |
| Jane Doe 3 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |
| **Name of Individual With Information** | **Address and Telephone Number (if known)** | **Subject of Information** |
| Jane Doe 4 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |
| Jane Doe 5 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |

| Jane Doe 6 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |
|---|---|---|
| Jane Doe 7 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |
| Jane Doe 8 | TBD | Former tenant at North Range Crossing in support of discrimination of plaintiffs, witnesses of harassment of plaintiffs, discrimination of various tenants, unfair housing practices, personal experiences with NRC |

*II.*   **List of Documents, Electronically Stored Information (ESI) or Tangible Things**
       *(in Plaintiff's possession, custody or control)*

| Description by Category of Document, ESI or Tangible Thing | Location |
| --- | --- |
| All Complaints located in plaintiffs file | North Range Crossings electronically stored documentation, NRC company emails |
| Plaintiffs NRC housing file | North Range Crossings electronically stored documentation, electronic or physical version. |
| All internal company emails relating to the plaintiffs | North Range Crossings electronically stored emails |
| All of NRC's financial notes, annotations, book keeping, record keeping, fines, fees, charges related to the plaintiffs | North range crossings electronically stored information |

| Complaints from the plaintiff to defendant | Emails |
| --- | --- |
| **Description by Category of Document, ESI or Tangible Thing** | **Location** |
| Complaints to Department of Housing | Emails |
| Audio recordings | Computer, ipad, phone |
| Video recordings | computer, ipad, phone |
| | |



III.     Computation of Damages

| Category of Damages Claimed | Computation of Amount Claimed | Documents or Other Evidence on Which Computation is Based |
|---|---|---|
| Exemplary damages | $1,000,000.00 | TBD |
| Moral damages | $1,000,000.00 | TBD |
| Compensatory damages | $2,000,000.00 | TBD |
| Money damages | $4,000,000.00 | TBD |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Dated:_____9-13-2023_____

_____ Tonya McDaniel
(Signature of party)

Print Name:___Tonya McDaniel_____

Address: 542 Lima Street Aurora Colorado 80010_____

Telephone Number:__720-244-1240_____

Email Address: mommat2real@gmail.com_____

10

(Signature of party)

Print Name:___Ashley McDaniel_____

Address: 542 Lima Street Aurora Colorado 80010_____

Telephone Number: 720-244-1240_____

Email Address: ashaleyreneemcd@gmail.com_____

**CERTIFICATE OF SERVICE**

I hereby certify that on ___9 , 13, 2023___, I sent a copy of the **PLAINTIFF'S INITIAL**

**DISCLOSURES UNDER F.R.C.P. 26(a)(1)** to the following parties in the way described below

each party's name:

ROBINSON & HENRY, P.C.


Victoria E. Edwards
Eric J. Neeper
ROBINSON & HENRY, P.C.
1805 Shea Center Drive, Suite 180
Highlands Ranch, CO 80129
Telephone: (303) 688-0944
joseph.sanchez@robinsonandhenry.com
eric@robinsonandhenry.com
victoria.edwards@robinsonandhenry.com

*Attorneys for Plaintiff*

_____

(Signature of person completing service)

Print Name: Ashley McDaniel_____

Address:___542 Lima Street Aurora Colorado 80013_____

Telephone Number:_____720-244-1240_____

Email Address:_ashaleyreneemcd@gmail.com_____