IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 21-cv-01997-NYW-KAS | Date: September 27, 2023 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

*Parties:*  *Counsel:*

TONYA MCDANIEL, and   Pro Se (by phone)
ASHLEY MCDANIEL,   Pro Se

   Plaintiffs,

v.

NORTH RANGE CROSSINGS,   Victoria Edwards

   Defendant.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:23 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff Tonya McDaniel is ordered to submit an address change as she confirms she is no longer at the address the court has on file.

Plaintiff Tonya McDaniel is admonished that she is to follow all court orders, including filing a motion if she is unable to appear in person.

**ORDERED:** Plaintiffs to serve the documents and materials listed in their initial disclosures **no later than October 11, 2023.**

**ORDERED:** Within seven (7) days of the dispositive motion deadline, <u>if no such motions are filed</u>, the Parties shall file a joint motion to set a Telephonic Status Conference at which time Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **November 11, 2023.**

Discovery Cut-off: **March 27, 2024.**

Dispositive Motions Deadline: **May 27, 2024.**

Each side shall be limited to **one (1)** expert witness, absent further leave of Court.

Parties shall designate affirmative experts on or before **January 29, 2024.**

Parties shall designate rebuttal experts on or before **February 29, 2024.**

Each side shall be limited to **ten (10)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of Court.

Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

**STATUS CONFERENCE** is before Magistrate Judge Starnella on **January 4, 2024 at 10:00 a.m.**  1929 Stout St., Courtroom C204, Denver, CO**.  All parties must appear in person unless otherwise approved by the Court.**

Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

The Court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on September 27, 2023.

Hearing concluded.
**Court in recess:     12:08 p.m.**
Total time in court:     00:45

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.