OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

21-cv-1997-NYW KAS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2023

JEFFREY P. COLWELL
CLERK

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 8022

DENVER CO 802

25 SEP 2023 PM 4 L

quadient
FIRST-CLASS MAIL
IMI
$000.63°
09/25/2023 ZIP 80294
043M31245131

US POSTAGE

NIXIE        828   DC 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD