IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW-KAS

TONYA MCDANIEL, and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. At the Scheduling Conference, Plaintiff Tonya McDaniel was ordered to submit an address change because she was no longer at the address the Court has on file. *See Courtroom Minutes* [#99]. The record does not indicate that Tonya McDaniel complied with that Order, and Court mail to her has since been returned as undeliverable. *See* [#101, #102, #103]. Accordingly,

    IT IS HEREBY **ORDERED** that a telephonic Status Conference is set for **November 7, 2023**, at **1:30 p.m.** Plaintiffs and counsel for Defendant shall call the Court at 571-353-2301, Access Code: 334545142#, at the time of the hearing.

    Dated:   October 27, 2023