IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 21-cv-01997-NYW-KAS | Date: November 7, 2023 |
| <u>Courtroom Deputy: Laura Galera</u> | <u>FTR – Reporter Deck-Courtroom C204</u> |

*Parties:*  *Counsel:*

TONYA MCDANIEL, and  Pro Se
ASHLEY MCDANIEL,  Pro Se

   Plaintiffs,

v.

NORTH RANGE CROSSINGS,  Victoria Edwards

   Defendant.

---

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**
**Court in session: 1:34 p.m.**
Court calls case. Appearances of counsel.

Court addresses Plaintiffs regarding Tonya McDaniel's address and ability to prosecute this case.

Plaintiff Ashley McDaniel updates Plaintiff Tonya McDaniel's address on the record and notes she is unsure if Plaintiff Tonya McDaniel will be able to prosecute this case.

The Court makes findings and will recommend that a pro bono attorney be appointed to represent Plaintiff Tonya McDaniel.

Hearing concluded.
**Court in recess:**   1:48 p.m.
Total time in court:    00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.