OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**

ALFRED A. ARRAJ COURTHOUSE

901-19TH ST., ROOM A105

DENVER, CO 80294-3589

OFFICIAL BUSINESS

21-CV-1997- NYW-KAS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV - 6 2023**

JEFFREY P. COLWELL
CLERK

#96

DENVER CO 802

21 SEP 2023 PM 6




quadient

FIRST-CLASS MAIL
IMI
**$000.63**
09/20/2023 ZIP 80294
043M31245131

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 80224

80224-162033