THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-01997-NYW-KAS

TONYA MCDANIEL, and
ASHLEY MCDANIEL

    Plaintiffs,

v.

NORTH RANGE CROSSINGS

    Defendant.

**DEFENDANT'S NOTICE OF PLAINTIFF'S NONAPPEARANCE FOR DEPOSITION AND REQUEST FOR LEAVE TO FILE MOTION TO DISMISS CASE AND TO SEEK REIMBURSEMENT OF FEES AND COSTS INCURRED IN DEPOSITION PREPARATION**

Defendant North Range Crossings ("NRC"), through undersigned counsel, hereby notifies the Court that Plaintiff Ashley McDaniel failed to appear for her duly-noticed deposition today, November 15, 2023, without any notice. Ms. McDaniel's deposition was noticed and served via email and US mail on October 27, 2023. Undersigned counsel's office also contacted Plaintiffs via email on November 2, 2023 to confirm Plaintiffs' attendance at their depositions scheduled for November 15 and November 16, 2023. In addition, Plaintiffs confirmed their attendance for deposition upon query from the judge at the November 7, 2023 Status Conference.

1

Undersigned counsel also received confirmation today that Ms. Tonya McDaniel will not be attending her deposition scheduled for tomorrow, November 16, 2023. Specifically, Ms. Ashley McDaniel informed us that Tonya McDaniel is no "in a state to testify in the state she is currently in" and specifically that

> Tonya's health is rapidly declining at this moment and she may not be alive to prosecute her own claims at this point. We are currently discussing hospice with the doctors and feeding tubes as she is not eating. She has been diagnosed with stomach cancer that has spread to her liver and the bones in her back, she highly medicated and on oxygen. I did not want to divulge her personal business but the way things are going she may not live to prosecute this case in the first place….

Based on the lack of notice for Ms. Ashley's nonappearance at today's deposition, and the short notice provided for Ms. Tonya McDaniel's anticipated nonappearance at tomorrow's deposition, NRC seeks leave to file a motion to dismiss Plaintiffs' case with prejudice and to request reimbursement of both its attorneys' fees for deposition preparation and its costs in retaining both a court reporter and a videographer for Plaintiffs' duly-noticed depositions.

Such sanction would be proper under F.R.C.P. 30(d) and 37(d), particularly where as here the Court has already admonished Plaintiffs for failing to meet deadlines and appear for hearings. As for Ms. Tonya McDaniel's inability to testify, NRC would additionally request dismissal of her claims because she admittedly is unable to push this case forward and prosecute this matter on her own behalf. Ms. Tonya McDaniel's address of record is not current and her phone number is disconnected. Moreover, Ms. Tonya McDaniel has never responded to any email that undersigned counsel's office has

sent to her regarding this matter. The Court has already informed Plaintiffs that Ms. Ashley McDaniel cannot represent her mother Ms. Tonya McDaniel in this matter, and the Court at the November 7 Status Conference questioned Ms. Tonya McDaniel's ability to prosecute her claims.

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has informed Plaintiffs of its intention to seek the requested relief and Ms. Ashley McDaniel informed undersigned counsel that she would inform the Court of Plaintiffs' extenuating circumstances.

Respectfully submitted this 15th day of November 2023.

**ROBINSON & HENRY, P.C.**

/s/   *Victoria E. Edwards*

Victoria E. Edwards
Eric J. Neeper
1805 Shea Center Drive, Suite 180
Highlands Ranch, CO 80129
Telephone: (303) 688-0944
victoria.edwards@robinsonandhenry.com
eric@robinsonandhenry.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I served a true and correct copy of the forgoing **DEFENDANT'S NOTICE OF PLAINTIFF'S NONAPPEARANCE FOR DEPOSITION AND REQUEST FOR LEAVE TO FILE MOTION TO DISMISS CASE AND TO SEEK REIMBURSEMENT OF FEES AND COSTS INCURRED IN DEPOSITION PREPARATION** through the U.S. District Court of Colorado, email and regular US Mail to the following individuals:

**Pro-Se Plaintiffs**

Tonya McDaniel
542 Lima Street
Aurora, CO 80010
mommat2real@gmail.com
(720) 244-1240

Ashley McDaniel
542 Lima Street
Aurora, CO 80010
ashaleyreneemcd@gmail.com
(720) 244-1240

/s/Joyce M. Vigil
Joyce M. Vigil | Senior Paralegal