IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW-KAS

TONYA MCDANIEL,
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the Court's November 7, 2023 Status Conference making findings that a pro bono attorney should be appointed to represent Plaintiff Tonya McDaniel, who currently proceeds as a pro se litigant. *See Minutes* [#105] at 1.

    In accordance with D.C.COLO.LAttyR 15(a) and 15(f)(1)(B) regarding civil pro bono representation, the Court has determined that Plaintiff Tonya McDaniel merits appointment of counsel from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met: (1) the nature and complexity of the action; (2) the potential merit of the pro se party's claims; (3) the demonstrated inability of the pro se party to retain counsel by other means; and (4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel. Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk shall select, notify, and appoint counsel to represent Plaintiff Tonya McDaniel in this civil matter. Plaintiff Tonya McDaniel is advised that there is no guarantee that Panel members will undertake representation in every case selected for pro bono representation. Plaintiff Tonya McDaniel is further cautioned that, until appointed counsel enters an appearance, Plaintiff Tonya McDaniel is responsible for all scheduled matters, including hearings, depositions, motions, and trial. It remains Plaintiff Tonya McDaniel's legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

    Dated:   November 16, 2023