US POSTAGE
FIRST-CLASS MAIL
IMI
$000.63
10/27/2023 ZIP 80294
043M31245131
quadient

DENVER CO 802
27 OCT 2023 PM 8 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

21-cv-01997-NYW-KAS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2023

JEFFREY P. COLWELL
CLERK

#104

Tonya McDaniel
933 S. Monaco Parkway
Denver, CO 8

NIXIE    868  FE 1      0011/15/23
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 80294250099    *1920-04902-28-02*