**Exhibit A**

# *McDaniel*

## *v.*

# *North Range Crossings*

---

Ashly McDaniel

November 15, 2023

---



216 16th Street, Suite 600
Denver, CO 80202
303-296-0017

AB Litigation Services

**Exhibit A**

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-CV-1997-NYW-KLM

-----------------------------------------------------

Plaintiffs:

TONYA McDANIEL and ASHLY McDANIEL,

vs.

Defendant:

NORTH RANGE CROSSINGS,

-----------------------------------------------------

Pursuant to Notice and the Federal Rules of Civil

Procedure, the deposition of ASHLY McDANIEL, was scheduled to

be taken by Defendant on November 15, 2023, commencing at

10:11 a.m., at 1805 Shea Center Drive, Suite 180, Highlands

Ranch, Colorado 80129, before Sandra A. Schramm, Registered

Professional Reporter and Notary Public within and for the

State of Colorado.

**Page 2**

1   APPEARANCES:

2   For the Defendant:

3       VICTORIA E. EDWARDS, ESQ.
        RAVEN VELASQUEZ, ESQ.

4       Robinson & Henry, P.C.
        1805 Shea Center Drive, Suite 180

5       Highlands Ranch, Colorado 80129
        E-mail:  victoria.edwards@robinsonandhenry.com

6

7   Also Present: Maryvonne Tompkins, Videographer

8                 Joyce Vigil, Paralegal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 3**

1                    I N D E X

2

3   DEPOSITION EXHIBITS                    INITIAL REFERENCE

4   1 - Notice of Deposition of Ashly McDaniel         4

5   2 - Certificate of Service                         5

6   3 - E-mail Communication attempting to             5
        contact Ashly McDaniel dated 11/15/23

7

    4 - E-mail dated 10/27/23 to Ashly McDaniel         6

8       from Joyce Vigil attaching the
        Notices of Deposition

9

    5 - E-mail dated 11/2/23 to Ashly McDaniel          6

10      from Ms. Vigil confirming Ashly McDaniel's
        attendance on 11/15/23

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1                  P R O C E E D I N G S

2           MS. EDWARDS:  My name is Victoria Edwards, I'm the

3   attorney for Defendant North Range Crossings, Dominion

4   Management, LLC, in Case No. 1:21-CV-01997-GPG.

5           It is November 15th, it is 10:12 a.m.  We are here

6   today to take the deposition of Plaintiff, Ashly McDaniel, in

7   the Civil Action Number I just identified.

8           Here with me today is also court reporter, Sandy

9   Schramm, and videographer, Maryvonne Tompkins.  I also have

10  paralegal, Joyce Vigil, in the room and Attorney Raven

11  Velasquez.

12          (Whereupon, Exhibit No. 1 was marked for

13  identification.)

14          MS. EDWARDS:  On October 27th, 2023, I noticed the

15  deposition of Ms. Ashly McDaniel.  Submitted here as

16  Exhibit 1 is the Notice of Deposition of Ashly McDaniel.

17          The Notice of Deposition states that Pursuant to

18  Federal Rule Civil Procedure 30, the Defendant, North Range

19  Crossings, by counsel, will take the deposition of Ashly

20  McDaniel to be recorded by stenographic and videographic

21  means before an officer appointed or designated to administer

22  oaths and take testimony.

23          The Notice also instructs that the deposition will

24  commence at 9:00 a.m. on November 15th at 1805 Shea Center

25  Drive, Suite 180, Highlands Ranch, Colorado 80129.

*AB Litigation Services*

**Exhibit A**

---

Page 5

1   The Notice also instructs that the deposition shall
2   continue until completed.
3   The Notice was submitted on October 27th, 2023,
4   also pursuant to Exhibit 2 that I am submitting today, the
5   Certificate of Service shows that the Notice of Deposition
6   for Ashly McDaniel was e-mailed and sent via U.S. mail to
7   Ashly McDaniel on October 27th, 2023.
8   (Whereupon, Exhibit No. 2 was marked for
9   identification.)
10  MS. EDWARDS:  Ms. McDaniel is not in appearance for
11  her deposition.
12  My office was not informed before the deposition
13  for Ms. McDaniel that Ms. McDaniel would not be appearing.
14  We contacted -- or attempted to contact
15  Ms. McDaniel this morning to establish whether or not she was
16  appearing and did not receive a response.
17  We are submitting today as Exhibit 3 a copy of that
18  communication.
19  (Whereupon, Exhibit No. 3 was marked for
20  identification.)
21  MS. EDWARDS:  Prior to Ms. McDaniel's deposition,
22  we attempted to confirm via e-mail her attendance.
23  Submitting here as Exhibit 4 an October 27th e-mail
24  sent to Ms. McDaniel from Joyce Vigil attaching the Notices
25  of Deposition and advising Ms. McDaniel that her attendance

---

Page 6

1   is mandatory.
2   (Whereupon, Exhibit No. 4 was marked for
3   identification.)
4   MS. EDWARDS:  I'm also submitting now as Exhibit 5,
5   a November 2nd e-mail to Ms. McDaniel from Ms. Vigil asking
6   or confirming Ms. McDaniel's attendance.  We asked her in
7   this e-mail to please confirm her attendance.
8   (Whereupon, Exhibit No. 5 was marked for
9   identification.)
10  MS. EDWARDS:  By this record, NRC is reserving all
11  of its rights to re-notice Ms. McDaniel's deposition for
12  another date and time, to move to compel Ms. McDaniel to
13  appear for the deposition and/or to seek sanctions against
14  Ms. McDaniel, including reimbursement of costs incurred in
15  hiring the court reporter and the videographer for her
16  deposition, and if necessary, request a motion for dismissal
17  of this case pursuant to Ms. McDaniel's failure to appear
18  today.
19  I think that's it.  Thank you.  We'll need a copy
20  of the transcript as soon as you can get it to us.  And I
21  think that's it.
22  (Whereupon, the deposition concluded at 10:17 a.m.)
23
24
25

---

Page 7

1   STATE OF COLORADO  )
2                      )  ss.     REPORTER'S CERTIFICATE
3   COUNTY OF DENVER   )
4   I, Sandra A. Schramm, do hereby certify that I am a
5   Registered Professional Reporter and Notary Public within the
6   State of Colorado.
7   I further certify that these proceedings were taken
8   in shorthand by me at the time and place herein set forth and
9   was thereafter reduced to typewritten form, and that the
10  foregoing constitutes a true and correct transcript.
11  I further certify that I am not related to,
12  employed by, nor of counsel for any of the parties or
13  attorneys herein, nor otherwise interested in the result of
14  the within action.
15  In witness whereof, I have affixed my signature
16  this 21st day of November, 2023.
17  My commission expires May 23, 2026.
18
19  *Sandra A. Schramm*
    Sandra A. Schramm, RPR, CRR
20  216 - 16th Street, Suite 600
    Denver, Colorado  80202
21
22
23
24
25

*AB Litigation Services*　　**Exhibit A**

**Exhibits**

**Exhibit 1**  4:12,16
**Exhibit 2**  5:4,8
**Exhibit 3**  5:17,19
**Exhibit 4**  5:23 6:2
**Exhibit 5**  6:4,8

**1**

**1**  3:4 4:12,16
**10/27/23**  3:7
**10:12**  4:5
**10:17**  6:22
**11/15/23**  3:6,10
**11/2/23**  3:9
**15th**  4:5,24
**180**  2:4 4:25
**1805**  4:24
**1:21-CV-01997-GPG**  4:4

**2**

**2**  3:5 5:4,8
**2023**  4:14 5:3,7
**27th**  4:14 5:3,7,23
**2nd**  6:5

**3**

**3**  3:6 5:17,19
**30**  4:18

**4**

**4**  3:4 5:23 6:2

**5**

**5**  3:5,6 6:4,8

**6**

**6**  3:7,9

**8**

**80129**  2:5 4:25

**9**

**9:00**  4:24

**A**

**a.m.**  4:5,24 6:22
**Action**  4:7
**administer**  4:21
**advising**  5:25
**and/or**  6:13
**appearance**  5:10
**APPEARANCES**  2:1
**appearing**  5:13,16
**appointed**  4:21
**Ashly**  3:4,6,7,9,10 4:6,15,16,19 5:6,7
**attaching**  3:8 5:24
**attempted**  5:14,22
**attempting**  3:6
**attendance**  3:10 5:22,25 6:6,7
**attorney**  4:3,10

**C**

**case**  4:4 6:17
**Center**  2:4 4:24
**Certificate**  3:5 5:5
**Civil**  4:7,18
**Colorado**  2:5 4:25
**commence**  4:24

**communication**  3:6 5:18
**compel**  6:12
**completed**  5:2
**concluded**  6:22
**confirm**  5:22 6:7
**confirming**  3:10 6:6
**contact**  3:6 5:14
**contacted**  5:14
**continue**  5:2
**copy**  5:17 6:19
**costs**  6:14
**counsel**  4:19
**court**  4:8 6:15
**Crossings**  4:3,19

**D**

**date**  6:12
**dated**  3:6,7,9
**Defendant**  2:2 4:3, 18
**deposition**  3:3,4,8 4:6,15,16,17,19,23 5:1,5,11,12,21,25 6:11,13,16,22
**designated**  4:21
**dismissal**  6:16
**Dominion**  4:3
**Drive**  2:4 4:25

**E**

**e-mail**  2:5 3:6,7,9 5:22,23 6:5,7
**e-mailed**  5:6
**Edwards**  2:3 4:2,14 5:10,21 6:4,10
**ESQ**  2:3
**establish**  5:15
**Exhibit**  4:12,16 5:4,

8,17,19,23 6:2,4,8
**EXHIBITS**  3:3

**F**

**failure**  6:17
**Federal**  4:18

**H**

**Henry**  2:4
**Highlands**  2:5 4:25
**hiring**  6:15

**I**

**identification**  4:13 5:9,20 6:3,9
**identified**  4:7
**including**  6:14
**incurred**  6:14
**informed**  5:12
**INITIAL**  3:3
**instructs**  4:23 5:1

**J**

**Joyce**  2:8 3:8 4:10 5:24

**L**

**LLC**  4:4

**M**

**mail**  5:6
**Management**  4:4
**mandatory**  6:1
**marked**  4:12 5:8,19 6:2,8
**Maryvonne**  2:7 4:9
**Mcdaniel**  3:4,6,7,9 4:6,15,16,20 5:6,7,

*AB Litigation Services*    **Exhibit A**

10,13,15,24,25 6:5, 12,14

**Mcdaniel's** 3:10 5:21 6:6,11,17

**means** 4:21

**morning** 5:15

**motion** 6:16

**move** 6:12

**N**

**North** 4:3,18

**Notice** 3:4 4:16,17, 23 5:1,3,5

**noticed** 4:14

**Notices** 3:8 5:24

**November** 4:5,24 6:5

**NRC** 6:10

**Number** 4:7

**O**

**oaths** 4:22

**October** 4:14 5:3,7, 23

**office** 5:12

**officer** 4:21

**P**

**P.C.** 2:4

**paralegal** 2:8 4:10

**Plaintiff** 4:6

**Present** 2:7

**Prior** 5:21

**Procedure** 4:18

**pursuant** 4:17 5:4 6:17

**R**

**Ranch** 2:5 4:25

**Range** 4:3,18

**Raven** 2:3 4:10

**re-notice** 6:11

**receive** 5:16

**record** 6:10

**recorded** 4:20

**REFERENCE** 3:3

**reimbursement** 6:14

**reporter** 4:8 6:15

**request** 6:16

**reserving** 6:10

**response** 5:16

**rights** 6:11

**Robinson** 2:4

**room** 4:10

**Rule** 4:18

**S**

**sanctions** 6:13

**Sandy** 4:8

**Schramm** 4:9

**seek** 6:13

**Service** 3:5 5:5

**Shea** 2:4 4:24

**shows** 5:5

**states** 4:17

**stenographic** 4:20

**submitted** 4:15 5:3

**submitting** 5:4,17, 23 6:4

**Suite** 2:4 4:25

**T**

**testimony** 4:22

**time** 6:12

**today** 4:6,8 5:4,17 6:18

**Tompkins** 2:7 4:9

**transcript** 6:20

**U**

**U.S.** 5:6

**V**

**Velasquez** 2:3 4:11

**Victoria** 2:3 4:2

**victoria.edwards@ robinsonandhenry. com** 2:5

**videographic** 4:20

**Vigil** 2:8 3:8,10 4:10 5:24 6:5

*Ashly McDaniel - 11/15/2023*    2

**Exhibit A**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-NYW-KLM

**TONYA MCDANIEL, and**
**ASHLY MCDANIEL**

      Plaintiff,

v.

**NORTH RANGE CROSSINGS**

      Defendant.

---

## NOTICE OF DEPOSITION OF ASHLEY MCDANIEL

---

      Pursuant to Fed. R. Civ. P. 30, Defendant North Range Crossings, by counsel, will take the deposition of Ashley McDaniel, to be recorded by stenographic and videographic means before an officer appointed or designated to administer oaths and take testimony.  The deposition will commence at 9:00 AM on November 15, 2023 at 1805 Shea Center Drive, Suite 180, Highlands Ranch, Colorado, 80129.  Such deposition shall continue until completed.

      Submitted on October 27, 2023.

               Robinson & Henry, P.C.

               */s/Victoria E. Edwards*
               Victoria E. Edwards, Esq.
               Eric J. Neeper, Esq.
               Robinson & Henry, P.C.
               1805 Shea Center Drive, Suite 180
               Highlands Ranch, CO  80129
               Telephone:  (720) 931-2326
               Email:
               victoria.edwards@robinsonandhenry.com
               eric@robinsonandhenry.com



EXHIBIT
1
11/15/23

**Exhibit A**

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing **NOTICE OF DEPOSITION FOR ASHLEY MCDANIEL** was provided to the deponent  via email and regular US Mail to the following individuals on October 27, 2023:


Pro-Se Plaintiffs

Ashley McDaniel                          Tonya McDaniel
542 Lima Street                           933 S. Monaco Parkway
Aurora, CO 80010                       Denver, CO  80224
ashaleyreneemcd@gmail.com     mommat2real@gmail.com
(720) 244-1240                           (303) 332-8952




                                    /s/Joyce M. Vigil_____
                                    Joyce M. Vigil | Senior Paralegal



**Exhibit A**
Joyce Vigil <joyce@robinsonandhenry.com>

ROBINSON & HENRY, P.C.
ATTORNEYS AT LAW

---

# Deposition

1 message

---

**Joyce Vigil** <joyce@robinsonandhenry.com>                          Wed, Nov 15, 2023 at 9:53 AM
To: Yah Is Real <ashaleyreneemcd@gmail.com>, Momma T <mommat2real@gmail.com>
Cc: Victoria Edwards <victoria.edwards@robinsonandhenry.com>, Eric Neeper <eric@robinsonandhenry.com>, Joyce Vigil
<joyce@robinsonandhenry.com>

Ashley and Tonya,

Good morning.  I wanted to let you know that we are waiting for you here at the Highlands Ranch Office for
your deposition.  Would you please respond to this email and let us know if you and Tonya plan to attend.

Best Regards,

Joyce

--
**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620
Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient
you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.
If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the
documents to us at no cost to you.



EXHIBIT
3
11 / 15 / 23

ROBINSON & HENRY, P.C.
ATTORNEYS AT LAW

**Exhibit A**
Joyce Vigil <joyce@robinsonandhenry.com>

---

# Notices of Deposition

1 message

---

**Joyce Vigil** <joyce@robinsonandhenry.com>                                            Fri, Oct 27, 2023 at 1:34 PM
To: Yah Is Real <ashaleyreneemcd@gmail.com>, Momma T <mommat2real@gmail.com>, Victoria Edwards
<victoria.edwards@robinsonandhenry.com>, Eric Neeper <eric@robinsonandhenry.com>

Dear Tonya and Ashley,

You have been scheduled for depositions on November 15 & 16, 2023.  I have included the Notices for your
convenience.  Please be advised, attendance is mandatory.

Best regards,

Joyce

--
**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620
Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient
you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.
If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the
documents to us at no cost to you.

---

**2 attachments**

📄 **NOD - Tonya.pdf**
114K

📄 **NOD - Ashley.pdf**
114K



EXHIBIT
4
11/15/23

ROBINSON & HENRY, P.C.
ATTORNEYS AT LAW

**Exhibit A**

Joyce Vigil <joyce@robinsonandhenry.com>

---

# Fwd: Notices of Deposition

1 message

---

**Joyce Vigil** <joyce@robinsonandhenry.com>                                    Thu, Nov 2, 2023 at 12:23 PM
To: Yah Is Real <ashaleyreneemcd@gmail.com>, Momma T <mommat2real@gmail.com>
Cc: Victoria Edwards <victoria.edwards@robinsonandhenry.com>, Eric Neeper <eric@robinsonandhenry.com>

Hello Ashley & Tonya,

We wanted to make sure you received the following Notices of Depositions.  Please confirm your attendance.

Best Regards,

Joyce

---------- Forwarded message ---------
From: **Joyce Vigil** <joyce@robinsonandhenry.com>
Date: Fri, Oct 27, 2023 at 1:19 PM
Subject: Notices of Deposition
To: Yah Is Real <ashaleyreneemcd@gmail.com>, Momma T <mommat2real@gmail.com>
Cc: Victoria Edwards <victoria.edwards@robinsonandhenry.com>, Eric Neeper <eric@robinsonandhenry.com>


Dear Tonya and Ashley,

You have been scheduled for depositions on November 15 & 16, 2023.  I have included the Notices for your
convenience.  Please be advised, attendance is mandatory.

Best regards,

Joyce


--
**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620
Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient
you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.
If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the
documents to us at no cost to you.

--
**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620



EXHIBIT
5
11/15/23

11/15/23, 9:54 AM                    Robinson & Henry, P.C. Mail - Fwd: Notices of Deposition

Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com                                                      **Exhibit A**

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.

---

## 2 attachments

 **NOD - Ashley.pdf**
114K

 **NOD - Tonya.pdf**
114K