**Exhibit B**

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-NYW-KLM

**TONYA MCDANIEL, and**
**ASHLY MCDANIEL**

    Plaintiff,

v.

**NORTH RANGE CROSSINGS**

    Defendant.

---

## NOTICE OF DEPOSITION OF TONYA MCDANIEL

---

    Pursuant to Fed. R. Civ. P. 30, Defendant North Range Crossings, by counsel, will take the deposition of Tonya McDaniel, to be recorded by stenographic and videographic means before an officer appointed or designated to administer oaths and take testimony.  The deposition will commence at 9:00 AM on November 16, 2023 at 1805 Shea Center Drive, Suite 180, Highlands Ranch, Colorado, 80129.  Such deposition shall continue until completed.

    Submitted on October 27, 2023.

    Robinson & Henry, P.C.

    /**s**/*Victoria E. Edwards*
    Victoria E. Edwards, Esq.
    Eric J. Neeper, Esq.
    Robinson & Henry, P.C.
    1805 Shea Center Drive, Suite 180
    Highlands Ranch, CO  80129
    Telephone:  (720) 931-2326
    Email:
    victoria.edwards@robinsonandhenry.com
    eric@robinsonandhenry.com