**Exhibit C**

Joyce Vigil <joyce@robinsonandhenry.com>

## Re: Deposition
1 message

---

**Yah Is Real** <ashaleyreneemcd@gmail.com>  Wed, Nov 15, 2023 at 11:10 AM
To: Joyce Vigil <joyce@robinsonandhenry.com>
Cc: Eric Neeper <eric@robinsonandhenry.com>, Momma T <mommat2real@gmail.com>, Raven Velasquez <raven.velasquez@robinsonandhenry.com>, Victoria Edwards <victoria.edwards@robinsonandhenry.com>

Thank you for the information. I will contact the court directly with the circumstances that have arisen since the November 7th hearing, Tonya's health is rapidly declining at this moment and she may not be alive to prosecute her own claims at this point. We are currently discussing hospice with the doctors and feeding tubes as she is not eating. She has been diagnosed with stomach cancer that has spread to her liver and the bones in her back, she highly medicated and on oxygen. I did not want to divulge her personal business but the way things are going she may not live to prosecute this case in the first place. Enter whatever motion you would like and I will follow suit and reply with extenuating circumstances. But there is no way she is making it to her deposition tomorrow. Thank you so much.

> On Wed, Nov 15, 2023 at 10:59 AM Joyce Vigil <joyce@robinsonandhenry.com> wrote:
>
> Dear Ashley,
>
> I am writing on behalf of Ms. Edwards.
>
> This email is in response to your email and is intended for both you and Tonya McDaniel (as I am not sure she is receiving or responding to emails on her own behalf.)  We made a record of your non-appearance of today's deposition and will be notifying the Court of the same.  Please also note we will be requesting leave to file a motion to dismiss your case and seek fees and costs for preparing for your deposition.
>
> With respect to Tonya McDaniels, we expect to see her for her deposition tomorrow morning, as we properly notified her of her deposition, and you confirmed with the judge at the November 7 status conference that she would be in attendance for her deposition this week.
>
> NRC expended much in terms of fees and costs to pay Robinson & Henry to prepare for your deposition and your mother's deposition. Barring any exceptional circumstances and proof of the same, tomorrow's deposition will move forward and we will inform the court should Tonya fail to appear.
>
> Finally, you mentioned below that your Mother is not in a state to testify.  If this is the case, Tonya should immediately voluntarily dismiss her claims in the lawsuit, because she is obligated to prosecute this matter on her own behalf until when and if counsel is appointed.    The Judge also advised Tonya of such concerns, so I do hope she strongly considers this option.
>
> Please let us know if you have any questions.
>
> Kind Regards,
>
> Joyce
>
>> On Wed, Nov 15, 2023 at 10:32 AM Yah Is Real <ashaleyreneemcd@gmail.com> wrote:
>>
>> Hello, thank you for the phone call, however as we spoke about we need to reschedule. Neither of us can attend to today due to Tonya being admitted to the hospital. Thank you so much for understanding. We can reschedule for the near future for myself Ashley McDaniel, but I'm not sure if Tonya will be in a state to testify in the state she is currently in. Thank you.
>>
>>> On Wed, Nov 15, 2023 at 9:53 AM Joyce Vigil <joyce@robinsonandhenry.com> wrote:
>>>
>>> Ashley and Tonya,
>>>
>>> Good morning.  I wanted to let you know that we are waiting for you here at the Highlands Ranch Office for your deposition.  Would you please respond to this email and let us know if you and Tonya plan to attend.
>>>
>>> Best Regards,

Joyce

--

**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620
Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.

--

**Joyce M. Vigil**
Civil Litigation Senior Paralegal | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 458-4125
Fax: (303) 470-0620
Email: Joyce@RobinsonAndHenry.com
RobinsonAndHenry.com

Highlands Ranch
1805 Shea Center Drive, Suite 180 | Highlands Ranch, CO 80129

**Customer Service Issue:**
Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.