THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-1997-NYW-KAS

TONYA MCDANIEL, and
ASHLEY MCDANIEL

 Plaintiffs,

v.

NORTH RANGE CROSSINGS

 Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS DUE TO PLAINTIFF'S NONAPPEARANCE FOR DEPOSITION AND REQUEST FOR REIMBURSEMENT OF FEES AND COSTS INCURRED IN DEPOSITION PREPARATION**

 THIS MATTER, having come before the Court upon Defendant's Motion to Dismiss Due to Plaintiffs' Nonappearance for Deposition and Request for Reimbursement of Fees and Costs Incurred in Deposition Preparation, and the Court having fully reviewed said Motion and being fully advised in the premises, does hereby GRANT the Motion.

 The Court states that although Plaintiffs gave assurances to the Court at the November 7, 2023 Hearing that Plaintiffs would attend the November 15 and November 16 Depositions, Plaintiffs failed to attend the scheduled depositions and Plaintiffs failed to provide reasonable notice to counsel of their inability to attend.

 The Court hereby ORDERS that Plaintiffs' claims are dismissed with prejudice for Plaintiffs' failure to comply with the Court orders, attendance at and participation in

required Court proceedings, intentional failure to not appear at said depositions and Plaintiffs' failure to prosecute their case.

The Court also hereby ORDERS Plaintiffs to reimburse to Defendant its legal fees and deposition costs incurred. Defendant North Range Crossings is hereby Ordered to submit an affidavit detailing its reasonable fees and bill of costs within 21 days of the date of this Order.

DONE AND SIGNED this _____ day of _____, 2022

BY THE COURT

_____
U.S. DISTRICT COURT JUDGE