IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW-KAS

TONYA MCDANIEL, and
ASHLEY MCDANIEL,

    Plaintiffs,

v.

NORTH RANGE CROSSINGS,

    Defendant.

---

### NOTICE OF APPOINTMENT

---

    AS DIRECTED by U.S. Magistrate Judge Kathryn A. Starnella's November 7, 2023 Order of Appointment of Counsel, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

    THE CLERK hereby notifies the court and the parties that attorney Azra B. Taslimi with the law firm of Rathod Mohamedbhai LLC has been selected.  Selected counsel has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, they have informed the court of their availability.  Under D.C.COLO.LAttyR 15(g), appointed counsel has thirty days to either enter their appearances in the case, or file a Notice Declining Appointment.  The Clerk cautions Plaintiffs that in the interim, they are responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

-2-

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - Civil Pro Bono Representation to the pro se litigants.  A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this __8th__ day of December, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ *Ashley V. Sheehan*
Ashley V. Sheehan
Civil Pro Bono Panel Administrator / Deputy Clerk