IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01997-NYW-KAS

TONYA MCDANIEL,

    Plaintiff,

v.

NORTH RANGE CROSSINGS,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by United States District Judge Nina Y. Wang on May 7, 2024 [Doc. 135], it is

ORDERED that the Recommendation of United States Magistrate Judge Kathryn A. Starnella [Doc. 134] is ADOPTED. It is

FURTHER ORDERED that Plaintiff Tonya McDaniel's claims are DISMISSED without prejudice for failure to prosecute. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant North Range Crossings and against Plaintiff Tonya McDaniel. It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 7th day of May, 2024.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Emily Buchanan
        Emily Buchanan, Deputy Clerk